THE LEICHTER FIRM, APC
Kevin J. Leichter, Esq.  (SBN 154143)
Andrew E. Hewitt, Esq. (SBN 314504)
10203 Santa Monica Boulevard
Fourth Floor
Los Angeles, California 90067
Tel: 310.229.0000
Email: kleichter@theleichterfirm.com
Email: ahewitt@theleichterfirm.com

Mark S. Lee, Esq. (SBN 094103)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA  90067
Telephone:  (310) 361-5776
Email:  mark.lee@rimonlaw.com

Attorneys for Plaintiff
Melissa Scott

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA SCOTT, an individual,<br><br><br>Plaintiff,<br><br><br>v.<br><br>ANTHONY TODD, an individual; and DOES 1 through 50, inclusive,<br><br><br>Defendants. | Case No.<br><br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Melissa Scott ("Pastor Scott" or "Plaintiff"), on personal knowledge as to herself, and on information and belief as to all others, alleges as follows:

## PARTIES

1.     Pastor Scott is an individual residing in, and is a citizen of, the State of California.  As alleged in further detail below, Pastor Scott is the widow of Dr. Gene Scott ("Dr. Scott") and inherited Dr. Scott's entire library of intellectual property, including his interest in copyrighted works owned by him at the time of his death (the "Works").  Having received all rights of the author, her late husband Dr. Scott, as directed in his last will and testament, she is the owner, pursuant to Section 201 of Title 17 of the United States Code, of all copyrights in all of Dr. Scott's Works.

2.     Accordingly, Pastor Scott is the owner of all of the Works that are the subject of this action by reason of Defendants' wrongful infringement (collectively, the "Infringed Works").  Many of said Infringed Works have perfected copyright registrations, and are identified in Exhibit A.  Some of said Infringed Works are the subject of copyright applications that have been filed with the Copyright Office and are awaiting assignment of a copyright registration number.  Those works are identified in Exhibit B.

3.     Plaintiff is informed and believes, and on that basis alleges, that Defendant Anthony Todd ("Todd" or "Defendant") is an individual over the age of 18 residing in, and is a citizen of, the State of California, County of Los Angeles.

4.     Plaintiff is currently unaware of the true names and capacities, whether individual, corporate, associate or at this time, of defendants sued herein as Does 1 through 50, inclusive, and therefore sue these defendants by such fictitious names. Plaintiff further alleges that Does 1 through 50, inclusive are, and at all times relevant to this action were, the agents, employees, representatives, managers, and/or supervisors of the remaining defendants and were acting within the course and scope of said relationship.  Plaintiff further alleges that each of the defendants identified herein as Does 1 through 50, inclusive, gave consent to, ratified, and/or

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

authorized the acts alleged herein below of each of the remaining defendants and/or conspired with each of the remaining defendant in perpetration of the acts complained of herein.  Such defendants are legally responsible for the events and happenings described herein and for the damages proximately caused thereby. Plaintiff will seek leave of Court to amend this Complaint to set forth the true names and capacities of such defendants when they have been ascertained.

5.     On information and belief, at all times mentioned herein, Defendants, and each of them, including without limitation those defendants sued as Does (collectively, "Defendants"), were acting in concert and participation with each other, were joint participants and collaborators in the acts complained of and were the agents and/or employees of one another in doing the acts complained of herein, each of them acting within the course and scope of said agency and/or employment, such that they are the *alter egos* of one another.

## JURISDICTION AND VENUE

6.     Plaintiff brings this action for copyright infringement under the Copyright Act, 17 U.S.C. section 101, *et seq*.

7.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. sections 1331 and 1338 and 15 U.S.C. section 1116.

8.     This Court has personal jurisdiction over each of Defendants because: (1) Defendants purposefully directed their actions toward this forum knowing that Plaintiff would suffer injury in this forum, (2) the claims herein arise out of Defendants' forum-related activities, and (3) all Defendants reside in this forum.

9.     Venue is proper pursuant to 28 U.S.C. section 1400(a) as all Defendants reside in this District.

///

///

///

## FACTS

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

**Rights in the Intellectual Property**

10.     Dr. Scott was an influential and beloved minister.  For decades, Dr. Scott transmitted his Sunday church sermons and nightly television program, Festival of Faith, via cable, broadcast and satellite television, and by radio, which programs were simultaneously recorded, on analog tape and/or digital media, and thereby became works of authorship fixed in a tangible medium of expression under the subject matter of copyright.  Each Work was assigned an identification number, which allowed the programs to be categorized and archived.  Dr. Scott's ministry spread worldwide, reaching hundreds of thousands of devoted followers.  As each Work was fixed, a copyright notice was prominently displayed, giving notice to viewers and listeners of Dr. Scott's ownership of copyright in the Works, including the Infringed Works.  By way of example, a screenshot of the notice of Dr. Scott's copyright stating "©2002 w. euGene Scott All rights reserved" from Dr. Scott's program number VF-1302, copyright registration Pau003786901, is attached hereto as Exhibit C.

11.     Beginning in the late 1990s, Dr. Scott provided access to videos of his sermons and festivals over the internet through his website www.drgenescott.com.  The sermons and festivals were available to play through an internet media player such as Real Player or Windows Media Player, which were, as a practical matter, the only options for displaying video on the internet at the time.  Like the Works themselves, the website prominently displayed notices of Dr. Scott's copyright.  Attached hereto as Exhibit D is a true and correct copy of a screenshot of Dr. Scott's website from the relevant time period.  During his lifetime, Dr. Scott otherwise acted to protect his copyrights in the works.

12.     Dr. Scott was explicitly aware of his copyrights, and of wanting to assert and maintain, and not abandon, those rights.  In 1979, Dr. Scott pledged all of his assets to his Church except for his copyrights stating:

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

[reading from letter] "I hereby donate, irrevocably, immediately, without consideration other than the joy of pleasing God and expressing faith in God and eternal things, all my earthly possessions, both real and intangible, whatever and wherever they may be, to Faith Center Church, for its unrestricted use in the work of the Lord. ***The only exception to this gift is the copyright ownership I have in tapes, books, records, produced by me***, . . . .

Dr. Gene Scott, *S-468*, YouTube (Dec. 25, 2017), https://youtu.be/neyuEWNnWmM.

13.     Six years later, reiterating his position on wanting to maintain complete control of his copyrights, on January 20, 1985, Dr. Scott told his congregation:

No tape recorders in here!  I am really sorry but there can't be; everybody should tell you that.  And please, don't anybody get offended at me.  And ushers, you have to do your job.  And let me tell you why.  I've been known to give tapes to people who desperately need them because I want the Word out.  But if we ever knowingly allow, if we ever knowingly allow a reproduction of anything that is said here that is copyrighted without stopping it, the law says we forever lose the control of that material.  The one thing that I must—, and lots of you don't know this so that's why I want to take the edge off, and don't anybody be offended because it's just common practice when you are eager to learn to tape.  But I forever lose the copyrighted ability to protect the content of these messages against someone taking them piecemeal and distorting them or caricatured.  You say, "Well, I wouldn't do that." It doesn't matter.  If we ever knowingly allow it, someone can claim they took it.  Now you can take it off of the TV; that's okay for your own use because what you are taking has the copyright symbol written on it.  So if it's too tough, go home and wait until this service replays and tape it while it's on radio.  You can tape it for your own use when it's broadcast.  Supreme Court just decided that.  You can't multiply for others.  But we cannot let anybody tape-record, and while I'm at it let me say that about the banquet coming up.  Because I forever lose the right to protect the content against distortion and change—not by you—I doubt seriously anybody in here is going to do it,

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

but by people who will say, "Well it was picked up with your permission in a service." You understand me? You can't tape-record in these live services under any circumstance anytime, any place. Now ushers, be kind and be gentle. You can't explain it as long as I have, but let me say it once for all: it cannot be done. Clear? Now let's carry on.

Dr. Gene Scott, *VF-414 – The Tabernacle: Access to God by Grace*, YouTube (Dec. 25, 2017),  https://youtu.be/r7aRfi4Eojk.

14.     When Dr. Scott began distributing selected Works on the internet in 1997, and thereafter, he believed it was simply another method of broadcasting, like radio or television. On March 30, 1997, Dr. Scott exclaimed to his congregation:

Today is a significant anniversary in another way: we are live around the world by satellite and shortwave radio on every square inch of this globe. This service is live, as every 24 hours is. But today marks the beginning and another note of anniversary on this Easter Sunday. We are on the Internet, sound and picture. You can log us in, all you need is a phone line and a computer modem that your people who supply you your computers can tell you about RealAudio and a set of speakers to go with it, and at least 75 MHz. And a computer and a phone line and I'm told – I'll be checking it myself this week – you can even get connectors to cell phones. Anywhere on the globe that there's a telephone and a computer that meets those specifications just said, you can pick us up 24 hours a day broadcasting now on the Internet. I think that is the wave of the future. And I got mine hooked up this week as we went through the testing mode last night, turned it on, and there I was on the Internet. That's not just a home page. We have a home page: Gene Scott – Dr. Gene Scott organization page, and The University Network has a page where you can obtain information, how to purchase the books and tapes and things of that nature. This is 24 hours broadcast on the Internet. The sound, as I listened last night, the sound was the same as any major TV station picking up in town, as good as any on-air radio station in town. From any continent, any place on this globe, you can plug in your computer, a couple of little

1
2
3
4
5

> click-ons, and you're on our online site. And there I'll come up on the screen, and whatever is playing round the clock now is not only going off satellite, going out on shortwave around every section of this globe on eight major transmitters around the globe, but now on the Internet, we're there in living color, live, sound and picture. And this service marks the first Sunday service on the Internet. We expect to stay there until Jesus comes!

6    VF-1049 – Resurrection (Dr. Gene Scott 1997)

7    **Dr. Scott Passes Away and Transfers His Rights in the Works to Pastor Scott**

8    15.    In 1998, Melissa Scott was ordained by the ministry and became

9    known as "Pastor Scott."  Dr. Scott married Pastor Scott in 2000.  She worked

10   together with Dr. Scott in his ministry and was an integral part of it.  Among the

11   tasks given to her was to preserve, protect, archive and edit his teachings, as

12   embodied in tens of thousands of hours of Works.

13   16.    As Dr. Scott neared the end of his life, he contemplated the

14   continuation of the ministry and determined that Pastor Scott would succeed him.

15   He publicly stated, "This church is lucky that Melissa came along."  Dr. Scott's

16   support of Pastor Scott was unequivocal.  He publicly proclaimed Pastor Scott as his

17   sole choice for the "perpetuation of this ministry," "the next pastor…choice is

18   made…end of discussion."

19   17.    To ensure that Pastor Scott continued leading the ministry and

20   preserving his copyrights in the Works, on September 18, 2004, at a board meeting

21   of the Church, facing a grave illness, Dr. Scott had the following statement

22   transcribed and placed in the minutes:

23
24
25
26
27
28

> "The Chairman stated that the board and persons in attendance know that his wife, Melissa Pastore Scott, has for many years been editing, enhancing, and compiling his recorded and written teachings and messages with his support, approval, gratitude and blessings. Now, because of surgery and health concerns, the Chairman, who owns all rights in the copyrighted and copyrightable works, sets forth and declares to the Board and for the record of the

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

6

> Corporation that, should anything happen to him which makes him unable to act with regard to his property rights in his recordings and writings that his wife, Melissa Pastore Scott, shall as she is now, continue to edit, alter, enhance, subtract from, add to, or in any way she desires use, sell, distribute and act with regard to recorded body of his work. The Chairman stated that in the event of his death, his wife, Melissa Pastore Scott, would inherit all his rights in the recordings and writings of his teachings and messages."

Attached hereto as Exhibit E is a true and correct notarized copy of these board minutes.

18.     Dr. Scott died on February 21, 2005.  Consistent with his publicly expressed wishes, he left his ministry in the hands of Pastor Scott.  Dr. Scott bequeathed all of his rights in the Works to Pastor Scott, who was a minister in her own right, having been ordained in 1998.  A true and correct redacted copy of Dr. Scott's last will and testament (the "Will") is attached hereto as Exhibit F. Specifically, Dr. Scott's Will states: "I give the residue of my estate…and specifically including but not limited [to] all copyrights related to my teaching, whether in print form, in audio form, in video form, on DVD, or on any other form of publication (whether available now or in the future), to my wife is she survives me, outright and free of trust."

19.     By means of his Will, Dr. Scott again evidenced his claim of copyright in and to the Works and ownership therein pursuant to 17 U.S.C. section 201.

**Judicial Determination that Dr. Scott Never Abandoned His Copyrights**

20.     Since Dr. Scott's death, there have been unfortunate instances in which former followers of Dr. Scott claimed that their religious devotion to Dr. Scott entitled them to copy and distribute his Works, notwithstanding the law of copyright.

21.     One such person was Patrick Robinson, a minister who sought to create a website on which Works would be made available for download.  Having been

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

refused permission, he formed an entity, Doc's Dream LLC, through which he sought to escape personal liability for infringement and which he used as a vehicle to litigate the theory that Dr. Scott had abandoned his copyrights in his Works

22.     On April 17, 2015, Doc's Dream LLC, filed suit against Pastor Scott and Dolores Press asserting a sole cause of action for a declaratory judgment that Dr. Scott had abandoned his copyrights styled *Doc's Dream, LLC v. Dolores Press, Inc. et al., Case No. 2:15-cv-02857-R-PLA* (the "Declaratory Relief Action").[1]

23.     The matter was litigated before the United States District Court for the Central District of California.  Full discovery was undertaken.

24.     On March 28, 2018, final judgment was entered against Doc's Dream, LLC and in Pastor Scott and Dolores Press's favor after the Court granted their motion for summary judgment finding that Dr. Scott never abandoned his copyrights in the Declaratory Relief Action.  Attached hereto as Exhibit G is a true and correct copy of this Judgment and Order.

**Todd's Infringement**

25.     Plaintiff has recently discovered, is informed and believes, and on that basis alleges that, Todd has been pirating, recording, uploading, posting, and/or distributing Dr. Scott's copyrighted programs on various websites and social media platforms, such as Facebook and MeWe, without Plaintiff's permission in violation of Plaintiff's copyrights.

26.     Plaintiff is informed and believes, and on that basis alleges, that Todd frequents these various websites which are operated and administered by Bobbi Jones, Tina Pereida, Patrick Robinson, Michael Evans and others with the intent to unlawfully distribute, and cause others to unlawfully distribute, the Works without Pastor Scott's permission.

---

[1] Plaintiff is informed and believes, and on that basis alleges, that Todd had full knowledge of the Declaratory Relief Action as Todd received frequent updates from Robinson.

27.     From September 12, 2017 to the present, Todd has infringed, by reproducing posting, uploading, publicly performing, and/or distributing to various groups on Facebook and MeWe, the following registered copyrighted Works, identified by copyright registration numbers: PA0002010953, PA0002010960, PA0001973737, PA0002020204, PA0002021460, PA0002021035, RE000932264, RE000932262, RE000932261, RE000932289, RE000932186, RE000932287, PA0002022135, RE000932255, PA0002021878, PA0001974272, PA0002026606, PA0001974270, PA0001974239, PA0001975152, PA0001977486, PA0001977471, PA0001984426, PA0001974238, PA0001974026, PA0001973703, PA0001973690, PA0001984409, PA0001984418, PA0001973706, PA0001974048, PA0001974141, PA0001974049, PA0001973697, PA0001974237, PA0001974236, PA0001974235, PA0002045415, PA0002017412, PA0001974243, PA0002003978, PA0001974266, PA0001974030, PA0002042675, PA0001974036, PA0001977482, PA0001977488, PA0002045343, PA0001974244, PA0001984443, PA0001974265, PA0001974240, PA0002105853, PA0002000029, PA0001977462, PA0001974264, PA0001974263, PA0001973692, PA0001974242, PA0001984446, PA0001973712, PA0001973709, PA0001974033, PA0001984448, PA0002005791, PA0002001661, PA0001991062, PA0001984431, PA0002021564, PA0001984419, PA0001974052, PA0002001663, PA0001984433, PA0002020126, PA0002005799, PA0002001667, PA0002001670, PA0001984223, PA0002005800, PA0002005801, PA0001999966, PA0001952485, PA0001952487, PA0001977505, PA0001955872, PA0001955849, PA0002007093, PA0001981977, PA0002006413, PA0002007046, PA0002007040, PA0001969261, PA0002006667, PA0001969258, PA0001955862, PA0001955853, PA0001955854, PA0001955873, PA0001955855, PA0001952490, PA0001952493, PA0001955868, PA0002007028, PA0002036811, PA0001955850, PA0001955867, PA0001952495, PA0001968793, PA0002005807, PA0001952498, PA0001957880, PA0001963056, PA0002007081, PA0001957910, PA0001957892, PA0001977492, PA0001975505, PA0001973698, PA0001984416, RE000932302, RE000932283, PA0001974286,

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

1  PA0001974330, PA0001974289, PA0001974290, PA0001973736, PA0001974329,
2  PA0001952466, PA0001960231, PA0001952469, PA0001954448, PA0001954538,
3  PA0001954439, PA0001954539, PA0001954449, PA0001954541, PA0001954478,
4  PA0001952463, PA0002042591, RE000932250, PA0001953513, PA0001953518,
5  PA0001953519, PA0001960207, PA0001953520, PA0001953621, PA0001960209,
6  PA0001960210, PA0001953622, PA0001953623, PA0001953627, PA0001953633,
7  PA0001953624, PA0001953510, PA0001953629, PA0001953638, PA0001953637,
8  RE000932332, PA0001953630, PA0002003988, PA0002003989, PA0002003990,
9  PA0002003946, PA0002003991, PA0002003944, PA0002003992, PA0002036784,
10  PA0002003993, PA0002003994, PA0002000526, PA0002006639, PA0002006263,
11  PA0002006266, PA0002006269, PA0002006278, PA0002006243, PA0002006235,
12  PA0002006237, PA0002006232, PA0002006230, PA0002006461, PA0002006476,
13  PA0002006640, PA0001963048, PA0001955877, PA0002000601, PA0001807736,
14  PA0002000701, PA0002000695, PA0002000535, PA0002006925, PA0002006636,
15  PA0002006637, PA0002006281, PA0002006251, PA0002006487, PA0002007065,
16  PA0002007064, PA0002006282, PA0001963043, PA0001963050, PA0002006675,
17  PA0001963042, PA0001963041, PA0002006484, PA0001963038, PA0002006669,
18  PA0002006248, PA0002006241, PA0002006227, PA0002006458, PA0002006673,
19  PA0002006662, PA0002006642, PA0002006641, PA0002006369, PA0002007259,
20  PA0002006376, PA0002006378, PA0002006380, PA0002006383, PA0002006390,
21  PA0002006392, PA0002006397, PA0002006407, PA0001974631, PA0001974292,
22  PA0002042586, PA0002001676, PA0001974622, PA0001974621, PA0001974300,
23  PA0001974305, PA0001950097, PA0001950100, PA0001951747, PA0001951749,
24  PA0001951750, PA0001951751, PA0001951752, PA0001951753, PA0001951754,
25  PA0001960230, PA0001954481, PA0001955110, PA0001955112, PA0001955109,
26  PA0001950070, PA0001955111, PA0001955108, PA0001950107, PA0001950108,
27  PA0001950109, PA0001950110, PA0001950111, P0001950112, PA0001950114,
28  PA0001950115, PA0001950116, PA0001950072, PA0001950074, PA0001952899,

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

1  PA0001952902, PA0001963062, PA0001963063, PA0002036840, PA0001963064,

2  PA0002001543, PA0002001544, PA0002036839, PA0001952904, PA0001952905,

3  PA0001952907, PA0001952908, PA0001952909, PA0001952917, PA0001952918,

4  PA0001950076, PA0001950077, PA0001950079, PA0001950082, PA0001950083,

5  PA0001950086, PA0001950091, PA0001950092, PA0001960156, PA0001947656,

6  PA0001960158, PA0001960160, PA0002042600, PA0002042612, PA0001974322,

7  PA0002002262, PA0002002265, PA0001974303, PA0001984211, PA0001973721,

8  and PA0001963029.

9      28.    From September 12, 2017 to the present, Todd has infringed, by

10  reproducing posting, uploading, publicly performing, and/or distributing to various

11  groups on Facebook and MeWe, the following copyrighted Works whose copyright

12  registration applications are pending, identified herein by program number (included

13  in the description on each copyright application): LFH-12, LFH-13, LFH-15, LFH-

14  16, LFH-18, LFH-20, LFH-21, LFH-22, LFH-23, LFH-24, LFH-26, LFH-27, LFH-

15  28, LFH-29, LFH-30, LFH-34, LFH-39, LFH-53, LFH-56, LFH-61, C-107, LFH-

16  63, LFH-68, LFH-70, LFH-72, LFH-76, LFH-79, LFH-120, S-1087, S-1350, S-

17  1351, S-1371, S-1399, S-1400, S-1497, S-1498, S-1499, S-1501, S-1503, S-1505, S-

18  1586, S-1589, S-1968, S-1704, S-1708, S-1733, S-1806, S-1937, S-2295, S-2297, S-

19  2298, S-2529A, S-2529B, S-2531, S-2739, S-2740, S-2742, S-2743, S-2745, S-

20  2746, S-2748, S-2749, S-2750, S-2925, S-2927, S-2956, S-3428, S-3551, S-3558, S-

21  3563, S-3568, S-3580, S-3589, S-3621, S-3633, S-3656, S-3990, S-4002, S-4003, S-

22  4006, S-4007, S-4012, S-4014, S-4022, S-4024, S-4031, S-4068, S-4884, VF-1c,

23  VFR-196, VFR-197, VFR-198, VFR-199, VFR-200, VFR-201, VFR-202, VFR-

24  206, VFR-208, VFR-210, VFR-212, VFR-213, VFR-214, VFR-268, VFR-301,

25  VFR-506, VFR-507, VFR-508, VFR-510, VFR-511, VFR-512, VFR-513, VFR-

26  515, VFR-563, VFR-667, VF-777 and VF-783.

27      29.    In addition to the Works identified in paragraphs 27 and 28 above, from

28  September 12, 2017 to the present Todd has infringed, by reproducing posting,

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

COMPLAINT FOR COPYRIGHT INFRINGEMENT

uploading, publicly performing, and/or distributing to various groups on Facebook and MeWe approximately 306 additional Works who do not yet have copyright registration applications pending, but are in the process of being prepared and submitted to the copyright office.

30.    Plaintiff's protection of her copyright rights in the Works for which copyright applications are still pending is actionable, as the Ninth Circuit has held that "receipt by the Copyright Office of a complete application satisfies the registration requirement of § 411(a)." *Cosmetic Ideas, Inc. v. IAC/Interactivecorp.*, 606 F.3d 612, 621 (9th Cir. 2010) (vacating and reversing dismissal against copyright claimant based on pending status of copyright applications).

31.    Plaintiff is informed and believes, and on that basis alleges, that through the Facebook and MeWe Group pages created by Jones, hundreds of copyrighted Works have been reproduced, uploaded publicly performed and distributed without permission.

32.    Plaintiff is informed and believes, and on that basis alleges, that Todd has infringed several hundred of the registered copyrights in the Works.

33.    Plaintiff is informed and believes, and on that basis alleges, that Todd is also reproducing, posting, publicly performing, sharing, uploading, and/or distributing others of the Works elsewhere on the internet.

34.    Plaintiff is informed and believes, and on that basis alleges, that through the infringing activity described above Todd has created an illegal library of Dr. Scott's Works, obtained by illegal copying from others, that Todd encourages others to reproduced and distribute without Plaintiff's permission.

35.    Plaintiff is entitled to injunctive relief and, at her election, actual or statutory damages for Todd's willful, intentional, and purposeful copying, distribution, performance and infringement of the Works for his own benefit with full knowledge that such use was without the permission of Plaintiff and an infringement of Plaintiff's rights.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

1

## FIRST CLAIM FOR COPYRIGHT INFRINGEMENT

2

### (17 U.S.C. §§ 106 & 501)

3

**(Against Todd and Does 1-50)**

4    36.    Plaintiff repeats, realleges, and incorporates by this reference the above

5    allegations of paragraphs 1 through 35 as if set forth herein in their entirety.

6    37.    Plaintiff is, and at all times alleged herein, has been the copyright

7    owner of exclusive rights under the United States Copyright Act with respect to the

8    copyrights to the Works identified in Exhibits A and B.  The Works that currently

9    have copyright registrations pending and have been infringed by Todd are listed in

10   Exhibit B attached hereto.

11   38.    Plaintiff believes that, beyond the Infringed Works identified herein,

12   Defendants have infringed others.  Pastor Scott will, with this Court's permission,

13   amend her complaint to identify other Works that have been infringed, as such may

14   be learned through discovery.

15   39.    Among the rights owned by Pastor Scott under the Copyright Act are

16   the exclusive rights to reproduce, distribute, perform and display the Works.

17   40.    At all relevant times, Defendants were aware of Plaintiff's ownership

18   of, and exclusive rights to, the Works registered under the copyrights and have

19   publicly admitted that Pastor Scott owns the copyrights in the Works.

20   41.    Without the permission of Plaintiff, Defendants, and each of them, have

21   reproduced, distributed, performed, and/or displayed and, on information and belief,

22   continue to reproduce, distribute, perform and display the Works registered under

23   the copyrights, and/or has made the Works registered under the copyrights available

24   for reproduction, distribution, performance or display by others.  In addition,

25   Defendants have created derivative works of the registered copyrighted Works.  In

26   so doing, Defendants have violated Plaintiff's exclusive rights of reproduction,

27   distribution, performance, display, and the creation of derivative works pursuant to

28

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

13

17 U.S.C. section 106, *et seq*.  Defendants' actions constitute infringement of Plaintiffs' copyrights in the Works.

42.     The foregoing acts of infringement have been willful and intentional, in disregard of, and with indifference to, the rights of Plaintiff.

43.     As a result of Defendants unlawful conduct, Defendants, in addition to their liability for direct and contributory infringement of Plaintiff's copyrights, are jointly and severally liable for vicarious infringement of Plaintiff's copyrights and other intellectual property rights.

44.     As a direct and proximate result of the foregoing wrongful acts of Defendants, Plaintiff has suffered, and will continue to suffer, irreparable injury for which there is no adequate remedy at law.  Plaintiff is therefore entitled to injunctive relief prohibiting Defendants from distributing, copying, reproducing, and creating derivatives of any of the Works.

45.     As a direct and proximate result of Defendants' willful, wrongful and intentional acts, Plaintiff is entitled, at her election, to her actual damages or statutory damages of $150,000 per work infringed pursuant to 17 U.S.C. section 504(c)(2).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1.     For judgment in favor of Plaintiff and against each of Defendants;

2.     Against all Defendants, for an injunction providing in substance:
        Defendants shall be, and hereby are, enjoined from directly
        or indirectly infringing Plaintiff's rights under federal or
        state law in the Works, whether now in existence or later
        created, that is owned or controlled by Plaintiff (or any
        parent, subsidiary, or affiliate of Plaintiff), including
        without limitation by using the Internet or any online
        media distribution system to reproduce (i.e. download,

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

1  record or copy), to distribute (i.e. upload), or to make any

2  of the Works available for distribution to the public, except

3  pursuant to a lawful license or with the express authority of

4  Pastor Scott.  Defendants shall also destroy all copies of

5  Plaintiff's Works that Defendants have downloaded onto

6  any computer hard drive or server without Plaintiff's

7  authorization and shall destroy all copies of those

8  downloaded recordings transferred onto any physical

9  medium or device in Defendants' possession, custody or

10  control.

11  3.      For an award of actual damages, or statutory damages of $150,000 per

12  Work infringed against Defendants, and each of them jointly and severally, for each

13  infringement pursuant to 17 U.S.C. section 504;

14  4.      For an award of Plaintiff's costs of suit;

15  5.      For an award of reasonable attorneys' fees; and

16  6.      For such other and further relief as the Court may deem just and proper.

17  <u>**DEMAND FOR JURY TRIAL**</u>

18  Plaintiff hereby demands a trial by jury of all claims so triable.

19

20  Dated:      October 22, 2018            THE LEICHTER FIRM, APC
                                           Kevin J. Leichter
21                                         Andrew E. Hewitt

22                                         RIMON, P.C.
23                                         Mark S. Lee

24

25                                         By: */s/ Kevin J. Leichter*

26                                             Attorneys for Plaintiff MELISSA
27                                             SCOTT

28

---

15

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

# EXHIBIT A

**Works With Copyrights Registered With The U.S. Copyright Office**
**Known To Have Been Infringed By Anthony Todd**

|  | Copyright Rgistration Status: | Title of Work | Copyright Author | Copyright Claimant |
|---|---|---|---|---|
| 1 | PA 2-010-953 | H-0023 Shalom Service #23 from The King's House of Faith. | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 2 | PA 2-010-960 | H-0024 Shalom Service #24 from The King's House of Faith. | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 3 | PA 1-973-737 | LF-153 The Gene Scott Pulpit: Four Mountains In A Troubled Land, by Dr. Gene Scott | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 4 | PA 2-020-204 | LFH-114 Hebrews: Elijah (Hebrews 11) | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 5 | PA 2-021-460 | LFH-127 Ezekiel (Hebrews 11, Ezekiel 34) | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 6 | PA 2-021-035 | LFH-134 Hebrews: Ezekiel Review (Hebrews 11:32) | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 7 | RE 932-264 | LFH-33 HEBREWS: Rest | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 8 | RE 932-262 | LFH-40 HEBREWS: The Unpardonable Sin | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 9 | RE 932-261 | LFH-43 HEBREWS: Falling Short & The Fruits of The Spirit | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 10 | RE 932-289 | LFH-45 HEBREWS: Run to The Refuge of Jesus | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 11 | RE 932-186 | LFH-46 Hebrews: The Forerunner...Jesus | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 12 | RE 932-287 | LFH-6 The Message Of Hebrews 1;  Its Seven Grand Statements & Its Warning | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 13 | PA 2-022-135 | LFH-83 Hebrews: God's Heroes of Faith - Noah and the Flood (Hebrews 11) | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 14 | RE 932-255 | LFH-9 HEBREWS: The  Names of God | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 15 | PA 2-021-878 | LFH-95 Hebrews 11:31 - Rahab | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 16 | PA 1-974-272 | S-1006 Plato's Dialogue On Atlantis: From Atlantis To The Eels | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 17 | PA 2-026-606 | S-1016 Lost Tribes: A Strange Assignment for a Preacher; How'd You Like One of These For a Pastor? (C-32) Communion: The Passover Lamb and the Silver Shekel | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 18 | PA 1-974-270 | S-1059 GREAT PYRAMID: How, When, Why & Who? LOST TRIBES: THE IRISH CHRONICLES (C-194) COMMUNION: Massah: A Place of Chiding | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 19 | PA 1-974-239 | S-1075 Construction of the Great Pyramid; The Other Pyramids; THE BOOK OF ENOCH | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 20 | PA 1-975-152 | S-1077 Atlantis 1: The Mystery Of Atlantis The Jesuit Order - Loyola And The Society Of Jesus | **Dr. Gene Scott** | **Pastor Melissa Scott** |
| 21 | PA 1-977-486 | S-1203 Debunking Traditions Of Christmas The Mystery Of Avebury | **Dr. Gene Scott** | **Pastor Melissa Scott** |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| | | | | |
|---|---|---|---|---|
| 22 | PA 1-977-471 | S-1228 Why's the Weather Going Crazy? - Nicola Tesla and Weather Warfare - Dr. Scott reads from The Cosmic Conspiracy, by Stan Deyo | Dr. Gene Scott | Pastor Melissa Scott |
| 23 | PA 1-984-426 | S-1229 Why Is The Weather Going Crazy? II  Sunspots (Nikola Tesla) | Dr. Gene Scott | Pastor Melissa Scott |
| 24 | PA 1-974-238 | S-1233/34 ANCIENT MYSTERIES - GREAT PYRAMID: Essential Pyramid Math, The Vocabulary of The Pyramid [Who Built It?] | Dr. Gene Scott | Pastor Melissa Scott |
| 25 | PA 1-974-026 | S-1235/36/37S-1235 Pyramid 13: 2144 B.C. Vs. 2142 B.C. S-1236 Pyramid 14: Davidson's "Date" & The Dawning Of Aquarius | Dr. Gene Scott | Pastor Melissa Scott |
| 26 | PA 1-973-703 | S-1241 Pyramid 16: More Pyramid Vocabulary - Dates And Stonehenge | Dr. Gene Scott | Pastor Melissa Scott |
| 27 | PA 1-973-690 | S-1251/52 Pyramid 18: More Pyramid Math - Understanding Bible Dates & God's Testimony In Stone; Pyramid 19: The History Of Pyramid Study (Includes Communion #C-1) | Dr. Gene Scott | Pastor Melissa Scott |
| 28 | PA 1-984-409 | S-1260/61 God's Message In The Stars: Signs in the Heavens; Libra - The Scales The Beginning of The Zodiac - Virgo | Dr. Gene Scott | Pastor Melissa Scott |
| 29 | PA 1-984-418 | S-1265/66 God's Message In The Stars: Review; Libra & Scorpio; The Decans | Dr. Gene Scott | Pastor Melissa Scott |
| 30 | PA 1-973-706 | S-1267/68 God's Message In The Stars: From Romans To Sagittarius, Capricorn; The Decans | Dr. Gene Scott | Pastor Melissa Scott |
| 31 | PA 1-974-048 | S-1269/70 God's Message In The Stars: Aquarius - An Original Version | Dr. Gene Scott | Pastor Melissa Scott |
| 32 | PA 1-974-141 | S-1271 God's Message In The Stars: Pisces | Dr. Gene Scott | Pastor Melissa Scott |
| 33 | PA 1-974-049 | S-1288/89 God's Message In The Stars: Review & Aries | Dr. Gene Scott | Pastor Melissa Scott |
| 34 | PA 1-973-697 | S-1294 "God's Message In The Stars": Taurus, Orion & Eridanus | Dr. Gene Scott | Pastor Melissa Scott |
| 35 | PA 1-974-237 | S-1298 God's Message In The Stars: Taurus To Gemini; The Decans | Dr. Gene Scott | Pastor Melissa Scott |
| 36 | PA 1-974-236 | S-1302 God's Message In The Stars: Gemini To Cancer | Dr. Gene Scott | Pastor Melissa Scott |
| 37 | PA 1-974-235 | S-1303/04 God's Message In The Stars: Cancer To Leo; The Dogon People | Dr. Gene Scott | Pastor Melissa Scott |
| 38 | PA 2-045-415 | S-1305 God's Message In The Stars: Leo | Dr. Gene Scott | Pastor Melissa Scott |
| 39 | PA 2-017-412 | S-1307 Great Pyramid: Prophetic Measurements | Dr. Gene Scott | Pastor Melissa Scott |
| 40 | PA 1-974-243 | S-1318 GREAT PYRAMID: A Review of Pyramid Basics & The Stars;  The Dogon People | Dr. Gene Scott | Pastor Melissa Scott |
| 41 | PA 2-003-978 | S-1319 THE BOOK OF JASHER & Epistemology | Dr. Gene Scott | Pastor Melissa Scott |
| 42 | PA 1-974-266 | S-1354 Atlantis: The Prophecies Of Edward Cayce On Atlantis Demonology 1: Doc's View Of Reincarnation | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office**
**Known To Have Been Infringed By Anthony Todd**

| 43 | PA 1-974-030 | S-1363 Demonology 4: The Spear Of Destiny -Tracing The Source Of Nazi Aryanism | Dr. Gene Scott | Pastor Melissa Scott |
|----|--------------|---|---|---|
| 44 | PA 2-042-675 | S-1372 On Black Holes | Dr. Gene Scott | Pastor Melissa Scott |
| 45 | PA 1-974-036 | S-1418 Doc's View On Marriage - 29th Chapter of Acts | Dr. Gene Scott | Pastor Melissa Scott |
| 46 | PA 1-977-482 | S-1468 "America B.C." 3: "America B.C." Gastor's Festivals Of The Jewish Year - Hanukkah De Camp's "Lost Continents" | Dr. Gene Scott | Pastor Melissa Scott |
| 47 | PA 1-977-488 | S-1509 GOD'S MESSAGE IN THE STARS: The Sirius Mystery: Sirius, The Dogon, Jason And The Argonauts | Dr. Gene Scott | Pastor Melissa Scott |
| 48 | PA 2-045-343 | S-1510 GOD'S MESSAGE IN THE STARS: The Sirius Mystery - The Dog Star; The Hyksos [Shepherd Kings] vs. Aboriginal Origins | Dr. Gene Scott | Pastor Melissa Scott |
| 49 | PA 1-974-244 | S-1511 ANCIENT MYSTERIES - GREAT PYRAMID: Basic Facts | Dr. Gene Scott | Pastor Melissa Scott |
| 50 | PA 1-984-443 | S-1558 Faith vs. Works and Traditions | Dr. Gene Scott | Pastor Melissa Scott |
| 51 | PA 1-974-265 | S-1565 Ancient Mysteries: Atlantis via Genesis | Dr. Gene Scott | Pastor Melissa Scott |
| 52 | PA 1-974-240 | S-1576 ANCIENT MYSTERIES: GREAT PYRAMID: An Overview of The Basic Facts (a Classic View) | Dr. Gene Scott | Pastor Melissa Scott |
| 53 | PA 2-105-853 | S-1703 Communion | Dr. Gene Scott | Pastor Melissa Scott |
| 54 | PA 2-000-029 | S-1744 (PN-003 & 004): THE WORSHIP OF GIVING - GOD'S WAY: Koinonia; Sowing To The Spirit; The Philippian Letter | Dr. Gene Scott | Pastor Melissa Scott |
| 55 | PA 1-977-462 | S-1798 Dr. Scott teaches from Atlantis, The Eighth Continent, by Charles Berlitz And The Devil's Triangle | Dr. Gene Scott | Pastor Melissa Scott |
| 56 | PA 1-974-264 | S-1799 Ancient Mysteries: Atlantis & The Garden Of Eden | Dr. Gene Scott | Pastor Melissa Scott |
| 57 | PA 1-974-263 | S-1800 Devil's Triangle, cont.: The Abyss & The Mysterious Bermuda Triangle | Dr. Gene Scott | Pastor Melissa Scott |
| 58 | PA 1-973-692 | S-1801 Atlantis 12 & Demonology: The Dancing Coffins & Shamanism | Dr. Gene Scott | Pastor Melissa Scott |
| 59 | PA 1-974-242 | S-1803 ANCIENT MYSTERIES: Demonology Prelude with George S. Patton, Napoleon & Constantine | Dr. Gene Scott | Pastor Melissa Scott |
| 60 | PA 1-984-446 | S-1805 Great Pyramid: Rutherford's Pyramid - An Overview; Ancient Mysteries: The North Star Polaris | Dr. Gene Scott | Pastor Melissa Scott |
| 61 | PA 1-973-712 | S-1807 Atlantis 15: "The Waters Above" And The Bermuda And Azores Areas; Demonology 8: Demonic Dangling Of "The Demonologist" | Dr. Gene Scott | Pastor Melissa Scott |
| 62 | PA 1-973-709 | S-1810 The Reagan-Mondale Debate Demonology 10: "The Demonologist" - Redangling of The Swirling Black Mass, Dr. Scott Starts the teaching on West Point & The Donovans. Reading from "The Demonologist" | Dr. Gene Scott | Pastor Melissa Scott |
| 63 | PA 1-974-033 | S-1811 Demonology 11: "The Gate Of Remembrance" And Some Dangling - Gives His Education & Personal Background - Finishing Up The Black Mass & West Point | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 64 | PA 1-984-448 | S-1817 A PASTORAL PIPE CHAT #1: The Donovan's and Scriptural Views, THE DEMONOLOGIST, Gerald Brittle; ANCIENT RITES OF EXORCISM | Dr. Gene Scott | Pastor Melissa Scott |
|---|---|---|---|---|
| 65 | PA 2-005-791 | S-1818 A PASTORAL PIPE CHAT #2: The Antichrist, Alexander The Great & The Prince Of Grecia; THE CRYSTAL SKULL; The Donovans; THE DEMONOLOGIST, Gerald Brittle | Dr. Gene Scott | Pastor Melissa Scott |
| 66 | PA 2-001-661 | S-1819 A PASTORAL PIPE CHAT #3: The Donovan's Exorcism, dangled; THE DEMONOLOGIST, Gerald Brittle | Dr. Gene Scott | Pastor Melissa Scott |
| 67 | PA 1-991-062 | S-1820 A PASTORAL PIPE CHAT #4: The Donovan's - The Deliverance; THE DEMONOLOGIST, Gerald Brittle; HOLY BLOOD, HOLY GRAIL, Baigent, Lincoln & Leigh | Dr. Gene Scott | Pastor Melissa Scott |
| 68 | PA 1-984-431 | S-1823 ANCIENT MYSTERIES: Beowulf, Clarita Villanueva and Annabelle; THE DEMONOLOGIST, Gerald Brittle; THE MEDIEVAL MYTHS | Dr. Gene Scott | Pastor Melissa Scott |
| 69 | PA 2-021-564 | S-1825 A PASTORAL PIPE CHAT #6: Binding the Devil; The Temptation of Jesus [40 Days in Wilderness]; THE DEVIL IN CONNECTICUT - David | Dr. Gene Scott | Pastor Melissa Scott |
| 70 | PA 1-984-419 | S-1831 A PASTORAL PIPE CHAT #11: THE EPWORTH POLTERGEIST of John Wesley's Family & Annabelle, Finished, Ref. S-1823-2, S-1831-2 DEVIL IN CONNECTICUT, cont. | Dr. Gene Scott | Pastor Melissa Scott |
| 71 | PA 1-974-052 | S-1834 Demonology 30: Arnie's Story | Dr. Gene Scott | Pastor Melissa Scott |
| 72 | PA 2-001-663 | S-1835 A PASTORAL PIPE CHAT #13: Scriptural Foundations - Genesis to Revelation; The Antichrist & the False Prophet; Angels - Gabriel & Michael; Hell - BIBLICAL DEMONOLOGY; THE DEVIL IN CONNECTICUT | Dr. Gene Scott | Pastor Melissa Scott |
| 73 | PA 1-984-433 | S-1842 DEMONOLOGY: The Sons Of God/Fallen Angels; THE AMITYVILLE HORROR Begins; The Watchers, THE BOOK OF ENOCH | Dr. Gene Scott | Pastor Melissa Scott |
| 74 | PA 2-020-126 | S-1940 GENESIS: The Origin of The Races And The Consciousness of Christianity | Dr. Gene Scott | Pastor Melissa Scott |
| 75 | PA 2-005-799 | S-2011 The Alabaster Box | Dr. Gene Scott | Pastor Melissa Scott |
| 76 | PA 2-001-667 | S-2018 The Baby Stuff | Dr. Gene Scott | Pastor Melissa Scott |
| 77 | PA 2-001-670 | S-2075 The Theology and History Of James (The Jerk) vs. Paul | Dr. Gene Scott | Pastor Melissa Scott |
| 78 | PA 1-984-223 | S-2356 CHURCH HISTORY: Determining The Date of Christ's Birth and The Nestorian Controversy, STONEHENGE, A CLOSER LOOK, Bonnie Gaunt; THE ORTHODOX CHURCH, Timothy Ware | Dr. Gene Scott | Pastor Melissa Scott |
| 79 | PA 2-005-800 | S-2730 ANCIENT MYSTERIES - GREAT PYRAMID: Its Marvelous Precision vs. The Simple-Minded ("Reader's Digest") View, THE WORLD'S LAST MYSTERIES | Dr. Gene Scott | Pastor Melissa Scott |
| 80 | PA 2-005-801 | S-2744 ANCIENT MYSTERIES: GREAT PYRAMID: The Christ Triangle, Symbology and The Connection With Stonehenge | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 81 | PA 1-999-966 | S-2747 ANCIENT MYSTERIES: GREAT PYRAMID: Stonehenge; Connected To The New Jerusalem & Great Pyramid, STONEHENGE, A CLOSER LOOK, Bonnie Gaunt | Dr. Gene Scott | Pastor Melissa Scott |
|---|---|---|---|---|
| 82 | PA 1-952-485 | S-3204 ANCIENT MYSTERIES: GREAT PYRAMID: The Beginning of The Pyramid Mystery (C-88) COMMUNION: The Tabernacle - Boards & Bars Symbolizing Grace | Dr. Gene Scott | Pastor Melissa Scott |
| 83 | PA 1-952-487 | S-3209 ANCIENT MYSTERIES - GREAT PYRAMID: Casting Doubt On The Tomb Theory & An Introduction to Construction Details & The Prophetic Time Line | Dr. Gene Scott | Pastor Melissa Scott |
| 84 | PA 1-977-505 | S-3333 Spiritual Warfare: The Screwtape Letters by C.S. Lewis - Backsliding and Rationalizing - The Realities of Working for the Lord [CSL-3] | Dr. Gene Scott | Pastor Melissa Scott |
| 85 | PA 1-955-872 | S-3581 God's Promises To David, From The Mouth of A Heathen | Dr. Gene Scott | Pastor Melissa Scott |
| 86 | PA 1-955-849 | S-3607 God Chooses Whom He Will, Calvin's Commentary on Jeremiah | Dr. Gene Scott | Pastor Melissa Scott |
| 87 | PA 2-007-093 | S-3620 COMMENTARY: The Thomas Hearings & Women | Dr. Gene Scott | Pastor Melissa Scott |
| 88 | PA 1-981-977 | S-3622 COMMENTARY: Hypocrisy via Modern Church Fads; Pastoring, Jimmy Swaggert & The Thomas Hearings | Dr. Gene Scott | Pastor Melissa Scott |
| 89 | PA 2-006-413 | S-3630 COMMENTARY: SECRET #6 - Radio; The Bible & Real Christianity | Dr. Gene Scott | Pastor Melissa Scott |
| 90 | PA 2-007-046 | S-3639 MYSTERIES & WONDERS: A Timeline for The Incident at Roswell, UFO CRASH AT ROSWELL, Randall & Schmidt | Dr. Gene Scott | Pastor Melissa Scott |
| 91 | PA 2-007-040 | S-3650 PASTORAL SPEECH: Spiritual 'Trench' Warfare; Traditions & Hypocrisy vs. Faith | Dr. Gene Scott | Pastor Melissa Scott |
| 92 | PA 1-969-261 | S-3651 COMMENTARY: Teaching & Racial Issues via The Columbus Day Flap | Dr. Gene Scott | Pastor Melissa Scott |
| 93 | PA 2-006-667 | S-3654 Giving: Expressing Value For The Teacher | Dr. Gene Scott | Pastor Melissa Scott |
| 94 | PA 1-969-258 | S-3655 Origins of Atlantis & Plato's Dialogue, THE EIGHTH CONTINENT, Berlitz | Dr. Gene Scott | Pastor Melissa Scott |
| 95 | PA 1-955-862 | S-3763 You Can't Just Come To God; He Doesn't Want Everybody | Dr. Gene Scott | Pastor Melissa Scott |
| 96 | PA 1-955-853 | S-3780 God Sends the Preacher. Most who are Called don't really want what God Called them To. - (Ephesians 3 & 4) | Dr. Gene Scott | Pastor Melissa Scott |
| 97 | PA 1-955-854 | S-3787 The Ephesians Series: Let No Corrupt Communication Proceed out of your Mouth (Eph. 4) - The Etymology of the "S" word. | Dr. Gene Scott | Pastor Melissa Scott |
| 98 | PA 1-955-873 | S-3838 Pastoral Speech: Marriage Among The Chosen; Wives Submit To, and Revere, Your Husbands - Husbands Love Your Wives (Eph. 5, 6; Rom. 13) | Dr. Gene Scott | Pastor Melissa Scott |
| 99 | PA 1-955-855 | S-4094 The Philippians Series: (DN-048): An Offering - An Odor of a Sweet Savor | Dr. Gene Scott | Pastor Melissa Scott |
| 100 | PA 1-952-490 | S-4210 ANCIENT MYSTERIES - GREAT PYRAMID: God's Message To A Scientific Age | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 101 | PA 1-952-493 | S-4235 ANCIENT MYSTERIES - GREAT PYRAMID: A Study of the Inner Passages & Air Shafts, THE ORION MYSTERY | Dr. Gene Scott | Pastor Melissa Scott |
|-----|--------------|------|------|------|
| 102 | PA 1-955-868 | S-4303 G Campbell Morgan Elijah The Tishbite | Dr. Gene Scott | Pastor Melissa Scott |
| 103 | PA 2-007-028 | S-4410 ANCIENT MYSTERIES- Overview of The Great Pyramid | Dr. Gene Scott | Pastor Melissa Scott |
| 104 | PA 2-036-811 | S-4411 MYSTERIES & WONDERS: THE GREAT PYRAMID: Reading from FINGERPRINTS OF THE GODS, Graham Hancock | Dr. Gene Scott | Pastor Melissa Scott |
| 105 | PA 1-955-850 | S-4425 This Country Was Never Intended To Be Anti-God, Original Intent by David Barton | Dr. Gene Scott | Pastor Melissa Scott |
| 106 | PA 1-955-867 | S-4426 The Declaration Of Independence From Britain & A Declaration Of Dependence On God | Dr. Gene Scott | Pastor Melissa Scott |
| 107 | PA 1-952-495 | S-4429 Proof of God's Hand In History: The Birthright Blessings To Joseph's Sons | Dr. Gene Scott | Pastor Melissa Scott |
| 108 | PA 1-968-793 | S-4432 Mysteries & Wonders: Atlantis: Evidence of A Master Civilization, Fingerprints of the Gods by Graham Hancock | Dr. Gene Scott | Pastor Melissa Scott |
| 109 | PA 2-005-807 | S-4450 MYSTERIES & WONDERS: : Proof of Ancient Civilizations Of Superior Beings, FINGERPRINTS OF THE GODS, G. Hancock | Dr. Gene Scott | Pastor Melissa Scott |
| 110 | PA 1-952-498 | S-4457 MYSTERIES & WONDERS: Why The Builders Imposed Such Exacting Precision on The Great Pyramid | Dr. Gene Scott | Pastor Melissa Scott |
| 111 | PA 1-957-880 | S-4612 Parable of The Sower Mark 4 Luke 8 Matt 13 | Dr. Gene Scott | Pastor Melissa Scott |
| 112 | PA 1-963-056 | S-4712 Bones of Contention - The Dating Game | Dr. Gene Scott | Pastor Melissa Scott |
| 113 | PA 2-007-081 | S-4714 The Romans Series - Chapter 1: Verses 23 & 24 Supplementary teaching to this Morning's Message - "Blood Clotting" | Dr. Gene Scott | Pastor Melissa Scott |
| 114 | PA 1-957-910 | S-4788 Degrees of Faith: David didn't start out in the "Amen" state.  Dr. Scott takes us to the Table of the Lord. (Includes Communion #C-279) | Dr. Gene Scott | Pastor Melissa Scott |
| 115 | PA 1-957-892 | S-4844 Commitment:  David's Mighty Men . . . I Still Have a Dream. | Dr. Gene Scott | Pastor Melissa Scott |
| 116 | PA 1-977-492 | S-4885 Scott on Scott: James - I've called him a jerk but Luther indicates he's worse. | Dr. Gene Scott | Pastor Melissa Scott |
| 117 | PA 1-975-505 | S-4926 Anybody that thinks they can reconcile James & Paul is too stupid for you to listen to another day. | Dr. Gene Scott | Pastor Melissa Scott |
| 118 | PA 1-973-698 | S-977 Pyramid 1: An Introduction To The Great Pyramid & The Genesis Of Genesis | Dr. Gene Scott | Pastor Melissa Scott |
| 119 | PA 1-984-416 | S-978 Mysteries & Wonders: Eternity in Their Hearts | Dr. Gene Scott | Pastor Melissa Scott |
| 120 | RE 932-302 | VF-080 God's Mighty Men: David, the Cave at Adullam | Dr. Gene Scott | Pastor Melissa Scott |
| 121 | RE 932-283 | VF-083 God's Mighty Men: David & His Mighty Men | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 122 | PA 1-974-286 | VF-084 God's Mighty Men: David - "Be of Good Courage" | Dr. Gene Scott | Pastor Melissa Scott |
|---|---|---|---|---|
| 123 | PA 1-974-330 | VF-085 "Happy Is He That Hath The God of Jacob" | Dr. Gene Scott | Pastor Melissa Scott |
| 124 | PA 1-974-289 | VF-086 Ecourage Yourself in the God of David | Dr. Gene Scott | Pastor Melissa Scott |
| 125 | PA 1-974-290 | VF-087 "Through God We Shall Do Valiantly" | Dr. Gene Scott | Pastor Melissa Scott |
| 126 | PA 1-973-736 | VF-093 Thou Art a Shield for Me | Dr. Gene Scott | Pastor Melissa Scott |
| 127 | PA 1-974-329 | VF-098 David and Goliath | Dr. Gene Scott | Pastor Melissa Scott |
| 128 | PA 1-952-466 | VF-1001 Arise and Get Rid of What Hinders; Lift Up Now Thine Eyes, by Dr. Gene Scott | Dr. Gene Scott | Pastor Melissa Scott |
| 129 | PA 1-960-231 | VF-1003 The Book of Galatians: Road Map of Our Faith | Dr. Gene Scott | Pastor Melissa Scott |
| 130 | PA 1-952-469 | VF-1006 We Have a Shepherd that Can Get the Job Done, Part 1 | Dr. Gene Scott | Pastor Melissa Scott |
| 131 | PA 1-954-448 | VF-1007 The Lord Is My Shepherd, I Shall Lack Nothing and I Shall Not Fail! Part 2; The Quality of a Shepherd | Dr. Gene Scott | Pastor Melissa Scott |
| 132 | PA 1-954-538 | VF-1021 The Book of Ephesians, A Gestalt (part 1): What God Seeks in the Church | Dr. Gene Scott | Pastor Melissa Scott |
| 133 | PA 1-954-439 | VF-1022 The Book of Ephesians, A Gestalt (part 2): Above All, the Shield of Faith; the Purpose of the Church | Dr. Gene Scott | Pastor Melissa Scott |
| 134 | PA 1-954-539 | VF-1023 The Book of Ephesians, A Gestalt (part 3): A Summary; the Mystery Made Known to Him | Dr. Gene Scott | Pastor Melissa Scott |
| 135 | PA 1-954-449 | VF-1024 The Book of Ephesians, A Gestalt (part 4): Philosophic Foundations; Realism vs. Idealism | Dr. Gene Scott | Pastor Melissa Scott |
| 136 | PA 1-954-541 | VF-1025 The Book of Ephesians, A Gestalt (part 5): Embracing Spiritual Warfare | Dr. Gene Scott | Pastor Melissa Scott |
| 137 | PA 1-954-478 | VF-1026 The Book of Ephesians, A Gestalt (part 6): For This Cause Jesus Was Manifested | Dr. Gene Scott | Pastor Melissa Scott |
| 138 | PA 1-952-463 | VF-1027 The Book of Ephesians, A Gestalt (part 7): The Lord Is My Strength | Dr. Gene Scott | Pastor Melissa Scott |
| 139 | PA 2-042-591 | VF-105 A Man After God's Own Heart | Dr. Gene Scott | Pastor Melissa Scott |
| 140 | RE 932-250 | VF-11 Rejoice in The LORD | Dr. Gene Scott | Pastor Melissa Scott |
| 141 | PA 1-953-513 | VF-1120 Every Promise in the Book Is Mine - "Lift Up Now Thine Eyes" | Dr. Gene Scott | Pastor Melissa Scott |
| 142 | PA 1-953-518 | VF-1124 Jonah: In the Context of Romans 8:28 (Part 1) | Dr. Gene Scott | Pastor Melissa Scott |
| 143 | PA 1-953-519 | VF-1125 Jonah: God Has a Purpose for You (Part 2) | Dr. Gene Scott | Pastor Melissa Scott |
| 144 | PA 1-960-207 | VF-1127 David: Yet Doth He Devise Means, That His Banished Be Not Expelled From Him'; II Sa. 14:14 (Part 1) | Dr. Gene Scott | Pastor Melissa Scott |
| 145 | PA 1-953-520 | VF-1128 David, A Man After God's Own Heart (Part 2) | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 146 | PA 1-953-621 | VF-1129 David, A Type Of God; II Sam. 14:14 (Part 3) | Dr. Gene Scott | Pastor Melissa Scott |
|---|---|---|---|---|
| 147 | PA 1-960-209 | VF-1130 David, A Type Of God's Forgiveness (II Samuel 14:14; Luke 15:17) (part 4) | Dr. Gene Scott | Pastor Melissa Scott |
| 148 | PA 1-960-210 | VF-1131 David, The Loving Side Of God That We Need (II Samuel 14:14) (part 5) | Dr. Gene Scott | Pastor Melissa Scott |
| 149 | PA 1-953-622 | VF-1132 David Went Down and Came Up (Part 6) | Dr. Gene Scott | Pastor Melissa Scott |
| 150 | PA 1-953-623 | VF-1133 He'll Be With You In the Valley | Dr. Gene Scott | Pastor Melissa Scott |
| 151 | PA 1-953-627 | VF-1134 David & Ittai: "...Surely In What Place My Lord The King Shall Be...Even There Also Will Thy Servant Be" | Dr. Gene Scott | Pastor Melissa Scott |
| 152 | PA 1-953-633 | VF-1135 David: A Type of God – A Type of Christ – A Type of God's Grace | Dr. Gene Scott | Pastor Melissa Scott |
| 153 | PA 1-953-624 | VF-1136 David: 'If God Be for Us, Who Can Be Against Us?' | Dr. Gene Scott | Pastor Melissa Scott |
| 154 | PA 1-953-510 | VF-1142 Though My House Be Not Right with God, Yet He Hath Made with Me an Everlasting Covenant.' | Dr. Gene Scott | Pastor Melissa Scott |
| 155 | PA 1-953-629 | VF-1163 Romans Series 007 - Romans 1 Verse 4 (A) | Dr. Gene Scott | Pastor Melissa Scott |
| 156 | PA 1-953-638 | VF-1192 Romans Series 036 - Romans 1 Verse 11 & 12 (A) | Dr. Gene Scott | Pastor Melissa Scott |
| 157 | PA 1-953-637 | VF-1195 Romans Series 039 - Romans 1 Verse 13 & 14 | Dr. Gene Scott | Pastor Melissa Scott |
| 158 | RE 932-332 | VF-11a Spiritual Warfare: God's Formula For Strength [AKA VF-16A] | Dr. Gene Scott | Pastor Melissa Scott |
| 159 | PA 1-953-630 | VF-1250 Romans Series 094 - Romans 1 Verse 21 (C) | Dr. Gene Scott | Pastor Melissa Scott |
| 160 | PA 2-003-988 | VF-1330 Romans Series 171 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 7) | Dr. Gene Scott | Pastor Melissa Scott |
| 161 | PA 2-003-989 | VF-1331 Romans Series 172 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 8) | Dr. Gene Scott | Pastor Melissa Scott |
| 162 | PA 2-003-990 | VF-1332 Romans Series 173 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 9) | Dr. Gene Scott | Pastor Melissa Scott |
| 163 | PA 2-003-946 | VF-1334 Romans Series 175 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 11) | Dr. Gene Scott | Pastor Melissa Scott |
| 164 | PA 2-003-991 | VF-1335 Romans Series 176 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 14) | Dr. Gene Scott | Pastor Melissa Scott |
| 165 | PA 2-003-944 | VF-1336 Romans Series 177 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 13) | Dr. Gene Scott | Pastor Melissa Scott |
| 166 | PA 2-003-992 | VF-1337 Romans Series 178 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 14) | Dr. Gene Scott | Pastor Melissa Scott |
| 167 | PA 2-036-784 | VF-1338 Romans Series 179 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 15) | Dr. Gene Scott | Pastor Melissa Scott |
| 168 | PA 2-003-993 | VF-1339 Romans Series 180 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 16) | Dr. Gene Scott | Pastor Melissa Scott |
| 169 | PA 2-003-994 | VF-1340 Romans Series 181 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 17) | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 170 | PA 2-000-526 | VF-1351 Romans Series 192 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 28) | Dr. Gene Scott | Pastor Melissa Scott |
| 171 | PA 2-006-639 | VF-1353 Romans Series 193 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 29) | Dr. Gene Scott | Pastor Melissa Scott |
| 172 | PA 2-006-263 | VF-1354 Romans Series 194 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 30) | Dr. Gene Scott | Pastor Melissa Scott |
| 173 | PA 2-006-266 | VF-1355 Romans Series 195 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 31) | Dr. Gene Scott | Pastor Melissa Scott |
| 174 | PA 2-006-269 | VF-1356 Romans Series 196 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 32) | Dr. Gene Scott | Pastor Melissa Scott |
| 175 | PA 2-006-278 | VF-1359 Romans Series 198 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 34) | Dr. Gene Scott | Pastor Melissa Scott |
| 176 | PA 2-006-243 | VF-1360 Romans Series 199 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 35) | Dr. Gene Scott | Pastor Melissa Scott |
| 177 | PA 2-006-235 | VF-1361 Romans Series 200 - Romans 1 Verses 16-17 - An Excursion In Faith (Part 36) | Dr. Gene Scott | Pastor Melissa Scott |
| 178 | PA 2-006-237 | VF-1362 Romans Series 201 - Romans 3 Verses 20-22 & 24 - The Faith of Jesus Christ | Dr. Gene Scott | Pastor Melissa Scott |
| 179 | PA 2-006-232 | VF-1363 Romans Series 202 - Romans 3 Verse 22 (A) - God Wants Trust | Dr. Gene Scott | Pastor Melissa Scott |
| 180 | PA 2-006-230 | VF-1364 Romans Series 203 - Romans 3 Verse 22 (B) | Dr. Gene Scott | Pastor Melissa Scott |
| 181 | PA 2-006-461 | VF-1365 Romans Series 204 - Romans 3 Verse 22 (C) - The Faith of Jesus and Amen | Dr. Gene Scott | Pastor Melissa Scott |
| 182 | PA 2-006-476 | VF-1367 Romans Series 205 - Romans 3 Verse 21 (A) | Dr. Gene Scott | Pastor Melissa Scott |
| 183 | PA 2-006-640 | VF-1368 Romans Series 206 - Romans 3 Verse 21 (B) - Amen and the Faith of Jesus | Dr. Gene Scott | Pastor Melissa Scott |
| 184 | PA 1-963-048 | VF-1378 Romans Series 216 - Romans 3 Verse 24 (A) - Righteousness by the Faith of Jesus | Dr. Gene Scott | Pastor Melissa Scott |
| 185 | PA 1-955-877 | VF-1384 Anniversary Sunday - Lift Up Now Thine Eyes! (Genesis 13) | Dr. Gene Scott | Pastor Melissa Scott |
| 186 | PA 2-000-601 | VF-1406 Romans Series 239 - Romans 3 Verses 25-26 (B) | Dr. Gene Scott | Pastor Melissa Scott |
| 187 | PA 1-807-736 | VF-1407 Romans Series 240 - The Resurrection Of Jesus Christ - Romans 3 verse 25 | Dr. Gene Scott | Pastor Melissa Scott |
| 188 | PA 2-000-701 | VF-1410 Romans Series 244 - Romans 3 Verse 27 (C) | Dr. Gene Scott | Pastor Melissa Scott |
| 189 | PA 2-000-695 | VF-1411 Romans Series 245 - Romans 3 Verse 27 (D) | Dr. Gene Scott | Pastor Melissa Scott |
| 190 | PA 2-000-535 | VF-1414 Romans Series 248 - Romans 3 Verse 27 (G) | Dr. Gene Scott | Pastor Melissa Scott |
| 191 | PA 2-006-925 | VF-1415 Romans Series 249 - Romans 3 Verse 27 (H) | Dr. Gene Scott | Pastor Melissa Scott |
| 192 | PA 2-006-636 | VF-1416 Romans Series 250 - Romans 3 Verse 27 (I) | Dr. Gene Scott | Pastor Melissa Scott |
| 193 | PA 2-006-637 | VF-1417 Romans Series 251 - Romans 3 Verses 9-27 | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office**
**Known To Have Been Infringed By Anthony Todd**

| | | | | |
|---|---|---|---|---|
| 194 | PA 2-006-281 | VF-1418 Romans Series 252 - Romans 3 Verse 27 (J) | Dr. Gene Scott | Pastor Melissa Scott |
| 195 | PA 2-006-251 | VF-1419 Romans Series 253 - Romans 3 Verses 20-27 | Dr. Gene Scott | Pastor Melissa Scott |
| 196 | PA 2-006-487 | VF-1420 Romans Series 254 - Romans 3 Verse 26 (A) | Dr. Gene Scott | Pastor Melissa Scott |
| 197 | PA 2-007-065 | VF-1421 Romans Series 255 - Romans 3 Verse 26 (B) | Dr. Gene Scott | Pastor Melissa Scott |
| 198 | PA 2-007-064 | VF-1422 Romans Series 257 - Romans 3 Verse 27 | Dr. Gene Scott | Pastor Melissa Scott |
| 199 | PA 2-006-282 | VF-1423 Romans Series 258 - Romans 3 Verse 27 | Dr. Gene Scott | Pastor Melissa Scott |
| 200 | PA 1-963-043 | VF-1424 75th Birthday Celebration - Romans Series 259 - Romans 3 Verse 27 | Dr. Gene Scott | Pastor Melissa Scott |
| 201 | PA 1-963-050 | VF-1425 Romans Series 260 - Romans 3 Verse 27 | Dr. Gene Scott | Pastor Melissa Scott |
| 202 | PA 2-006-675 | VF-1426 Romans Series 261 - Romans 3 Verse 27 | Dr. Gene Scott | Pastor Melissa Scott |
| 203 | PA 1-963-042 | VF-1427 Romans Series 262 - Romans 3 Verse 27 (S) | Dr. Gene Scott | Pastor Melissa Scott |
| 204 | PA 1-963-041 | VF-1428 Romans Series 263 - Romans 3 Verse 27 (T) | Dr. Gene Scott | Pastor Melissa Scott |
| 205 | PA 2-006-484 | VF-1429 Romans Series 264 - Romans 3 Verse 28 (A), Psalm 84 | Dr. Gene Scott | Pastor Melissa Scott |
| 206 | PA 1-963-038 | VF-1430 Romans Series 265 - Romans 3 Verse 28 (B), Deuteronomy 33 | Dr. Gene Scott | Pastor Melissa Scott |
| 207 | PA 2-006-669 | VF-1431 Romans Series 266 - Romans 3 Verse 28 (C), Judges 6 | Dr. Gene Scott | Pastor Melissa Scott |
| 208 | PA 2-006-248 | VF-1432 Romans Series 267 - Romans 3 Verse 28 (D), Matthew 12.10-13, 20 | Dr. Gene Scott | Pastor Melissa Scott |
| 209 | PA 2-006-241 | VF-1433 Romans Series 268 - Romans 3 Verse 28 (E) | Dr. Gene Scott | Pastor Melissa Scott |
| 210 | PA 2-006-227 | VF-1434 Romans Series 269 - Romans 3 Verse 28 (F) | Dr. Gene Scott | Pastor Melissa Scott |
| 211 | PA 2-006-458 | VF-1435 Romans Series 270 - Romans 3 Verse 28 (G), Psalm 37 | Dr. Gene Scott | Pastor Melissa Scott |
| 212 | PA 2-006-673 | VF-1436 Romans Series 271 - Romans 3 Verse 28 (H), Psalm 91 | Dr. Gene Scott | Pastor Melissa Scott |
| 213 | PA 2-006-662 | VF-1437 Romans Series 272 - Romans 3 Verse 28 (I), Matthew 14 | Dr. Gene Scott | Pastor Melissa Scott |
| 214 | PA 2-006-642 | VF-1439 Romans Series 273 - Romans 3 Verse 28 (J) | Dr. Gene Scott | Pastor Melissa Scott |
| 215 | PA 2-006-641 | VF-1440 Romans Series 274 - Chapter 4 Verse 3 (A), Psalm 84 | Dr. Gene Scott | Pastor Melissa Scott |
| 216 | PA 2-006-369 | VF-1441 Romans Series 275 - Chapter 4 Verse 3 (B), Genesis 15:1-6 | Dr. Gene Scott | Pastor Melissa Scott |
| 217 | PA 2-007-259 | VF-1442 Romans Series 276 - Chapter 4 Verse 3 (C), Genesis 15:1-6; 18:1-15 | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| | | | | |
|---|---|---|---|---|
| 218 | PA 2-006-376 | VF-1443 Romans Series 277 - Chapter 4 Verse 3 (D), Genesis 15 & 16; Galatians 3 & 4 | Dr. Gene Scott | Pastor Melissa Scott |
| 219 | PA 2-006-378 | VF-1444 Romans Series 278 - Chapter 4 Verse 3 (E), Genesis 17 | Dr. Gene Scott | Pastor Melissa Scott |
| 220 | PA 2-006-380 | VF-1445 Romans Series 279 - Chapter 4 Verse 3 (F), Genesis 18:1-15 | Dr. Gene Scott | Pastor Melissa Scott |
| 221 | PA 2-006-383 | VF-1446 Romans Series 280 - Chapter 4 Verse 3 (G), Romans 1:17, 3:28, Deuteronomy 33 | Dr. Gene Scott | Pastor Melissa Scott |
| 222 | PA 2-006-390 | VF-1447 Romans Series 281 - Chapter 4 Verse 3 (H), Psalm 23 | Dr. Gene Scott | Pastor Melissa Scott |
| 223 | PA 2-006-392 | VF-1448 Romans Series 282 - Chapter 4 Verses 19-22 | Dr. Gene Scott | Pastor Melissa Scott |
| 224 | PA 2-006-397 | VF-1449 Romans Series 283 - Chapter 4 Verse 20 (A), Genesis 13 | Dr. Gene Scott | Pastor Melissa Scott |
| 225 | PA 2-006-407 | VF-1450 Romans Series 284 - Chapter 4 Verse 20 (B), Genesis 13; Isaiah 40 | Dr. Gene Scott | Pastor Melissa Scott |
| 226 | PA 1-974-631 | VF-172 Gideon | Dr. Gene Scott | Pastor Melissa Scott |
| 227 | PA 1-974-292 | VF-181 The Resurrection: The Easter Message | Dr. Gene Scott | Pastor Melissa Scott |
| 228 | PA 2-042-586 | VF-231 David - Taken by the Philistines in Gath | Dr. Gene Scott | Pastor Melissa Scott |
| 229 | PA 2-001-676 | VF-300 Gideon's Vocabulary of Doubt; A Lonely Winepress Off Megiddo's Plain, by Dr. Gene Scott | Dr. Gene Scott | Pastor Melissa Scott |
| 230 | PA 1-974-622 | VF-346 The Great Pyramid: The Downward Passage, continued | Dr. Gene Scott | Pastor Melissa Scott |
| 231 | PA 1-974-621 | VF-348 The Great Pyramid and the Christ Triangle | Dr. Gene Scott | Pastor Melissa Scott |
| 232 | PA 1-974-300 | VF-579 "Lift Up Now Thine Eyes" - You Can Start Over in Faith | Dr. Gene Scott | Pastor Melissa Scott |
| 233 | PA 1-974-305 | VF-612 Giving: Elijah Put Himself at Risk Acting on God's Word Alone | Dr. Gene Scott | Pastor Melissa Scott |
| 234 | PA 1-950-097 | VF-629 Real Protestant Reformation: Freedom In Christ - the Reason for this Ministry | Dr. Gene Scott | Pastor Melissa Scott |
| 235 | PA 1-950-100 | VF-675 Gideon: Faith vs. the Vocabulary of Doubt; Making Peace With God | Dr. Gene Scott | Pastor Melissa Scott |
| 236 | PA 1-951-747 | VF-692 The Book of Galatians: Paul's Message of Grace & Peace, vs. James & the Perverts | Dr. Gene Scott | Pastor Melissa Scott |
| 237 | PA 1-951-749 | VF-693 The Book of Galatians: Faith, A Righteousness That Is Dynamite vs. the Law's Impossible Standard | Dr. Gene Scott | Pastor Melissa Scott |
| 238 | PA 1-951-750 | VF-695 The Book of Galatians: No Compromise with the Gospel, the Dynamite That Saves | Dr. Gene Scott | Pastor Melissa Scott |
| 239 | PA 1-951-751 | VF-696 The Book of Galatians: No One Can Be Justified By Works | Dr. Gene Scott | Pastor Melissa Scott |
| 240 | PA 1-951-752 | VF-697 The Book of Galatians: Faith Brings the Life that Produces Righteousness | Dr. Gene Scott | Pastor Melissa Scott |
| 241 | PA 1-951-753 | VF-698 The Book of Galatians: The Just Shall Live By Faith - Freedom From Sin, Love & the Law | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 242 | PA 1-951-754 | VF-699 The Book of Galatians: Faith Makes Us Righteous, Not Bewitching Works (and that goes for Preachers, too!) | Dr. Gene Scott | Pastor Melissa Scott |
|---|---|---|---|---|
| 243 | PA 1-960-230 | VF-700 The Book of Galatians: Faith is the Only Way; Works Will Put You Under the Curse! | Dr. Gene Scott | Pastor Melissa Scott |
| 244 | PA 1-954-481 | VF-701 The Book of Galatians: Christ Bore Our Sins & Redeemed Us from the Curse of the Law | Dr. Gene Scott | Pastor Melissa Scott |
| 245 | PA 1-955-110 | VF-703 The Book of Galatians: The Life of God's Spirit vs. the Law's "Bleep Job" | Dr. Gene Scott | Pastor Melissa Scott |
| 246 | PA 1-955-112 | VF-704 The Book of Galatians: Stand Fast Therefore! A War Cry Against Legalism | Dr. Gene Scott | Pastor Melissa Scott |
| 247 | PA 1-955-109 | VF-705 The Book of Galatians: The Just Shall Live By Faith - It's the Only Choice | Dr. Gene Scott | Pastor Melissa Scott |
| 248 | PA 1-950-070 | VF-710 The Book of Galatians: Separation From the "Righteousness" of Works | Dr. Gene Scott | Pastor Melissa Scott |
| 249 | PA 1-955-111 | VF-711 The Book of Galatians: Stand Fast Against Satan's Martyrs & Wicked Works [Continued on Tape #S-3391] | Dr. Gene Scott | Pastor Melissa Scott |
| 250 | PA 1-955-108 | VF-712 The Book of Galatians: The Message Is Faith (Laying the Foundation for Galatians Chapter Five) | Dr. Gene Scott | Pastor Melissa Scott |
| 251 | PA 1-950-107 | VF-713 The Book of Galatians: Circumcision, a Type of the Works that Nullify God's Grace | Dr. Gene Scott | Pastor Melissa Scott |
| 252 | PA 1-950-108 | VF-714 The Book of Galatians: Grace & Peace, the True Message of the Church | Dr. Gene Scott | Pastor Melissa Scott |
| 253 | PA 1-950-109 | VF-715 The Book of Galatians: Grace Is Not Just a Viewpoint, But the Power of Salvation | Dr. Gene Scott | Pastor Melissa Scott |
| 254 | PA 1-950-110 | VF-716 The Book of Galatians: Don't Let Those Backwards Perverts Bother You! | Dr. Gene Scott | Pastor Melissa Scott |
| 255 | PA 1-950-111 | VF-717 The Book of Galatians: Grace & Peace - Good News to the Saint and Sinner Alike | Dr. Gene Scott | Pastor Melissa Scott |
| 256 | PA 1-950-112 | VF-718 The Book of Galatians: Faith Energizes Love & the Fruits of the Spirit | Dr. Gene Scott | Pastor Melissa Scott |
| 257 | PA 1-950-114 | VF-719 The Book of Galatians: Faith Brings the Power of God to Save Us - "Externals" Don't Mean a Thing | Dr. Gene Scott | Pastor Melissa Scott |
| 258 | PA 1-950-115 | VF-721 The Book of Galatians: Throw the Mothers Out! Don't Let Pigs Judge Your Eating Habits | Dr. Gene Scott | Pastor Melissa Scott |
| 259 | PA 1-950-116 | VF-723 The Book of Galatians: Don't Submit to Legalism - God Does the Changing | Dr. Gene Scott | Pastor Melissa Scott |
| 260 | PA 1-950-072 | VF-739 The Book of Galatians: Stand Fast in Liberty! Don't Let Anybody Circumcise Your Brain! | Dr. Gene Scott | Pastor Melissa Scott |
| 261 | PA 1-950-074 | VF-741 GALATIANS: 'E-I-E-I-O!' | Dr. Gene Scott | Pastor Melissa Scott |
| 262 | PA 1-952-899 | VF-744 Koinonia and the Promise for Jointly Participating | Dr. Gene Scott | Pastor Melissa Scott |
| 263 | PA 1-952-902 | VF-749 Gideon: "This Bleep Has Gotta Stop Sometime!" | Dr. Gene Scott | Pastor Melissa Scott |
| 264 | PA 1-963-062 | VF-775 The Books of Revelation & Daniel: Beastly Visions & the Gap Theory | Dr. Gene Scott | Pastor Melissa Scott |
| 265 | PA 1-963-063 | VF-776 The Books of Revelation & Daniel: Spiritual Warfare & the Beast Kingdoms | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 266 | PA 2-036-840 | VF-778 The Books of Revelation & Daniel: Daniel (& Gene Scott) in the Critic's Den | Dr. Gene Scott | Pastor Melissa Scott |
|---|---|---|---|---|
| 267 | PA 1-963-064 | VF-781 The Accuracy of Prophecy – The Amazing Detail of Daniel 11 | Dr. Gene Scott | Pastor Melissa Scott |
| 268 | PA 2-001-543 | VF-784 Proving Daniel's Prophecy, 'A Commentator's Might Be' and Types of the Antichrist | Dr. Gene Scott | Pastor Melissa Scott |
| 269 | PA 2-001-544 | VF-786 The Stars, the Pyramid, and God's Word – Plain, but Not Simple | Dr. Gene Scott | Pastor Melissa Scott |
| 270 | PA 2-036-839 | VF-796 The Book of Revelation: The Seven Churches - Ephesus | Dr. Gene Scott | Pastor Melissa Scott |
| 271 | PA 1-952-904 | VF-803 The Chosen | Dr. Gene Scott | Pastor Melissa Scott |
| 272 | PA 1-952-905 | VF-832 The Book of Ephesians: God Saves Us For Himself (BILINGUAL English & Spanish) (DN-012) | Dr. Gene Scott | Pastor Melissa Scott |
| 273 | PA 1-952-907 | VF-868 The Book of Ephesians: Acting In Faith Empowers God's Life In You | Dr. Gene Scott | Pastor Melissa Scott |
| 274 | PA 1-952-908 | VF-887 The Book of Ephesians, BILINGUAL (part 15): Gestalt Review of Ephesians 1 & 2 | Dr. Gene Scott | Pastor Melissa Scott |
| 275 | PA 1-952-909 | VF-889 The Book of Ephesians, BILINGUAL (part 17): Review of the Word | Dr. Gene Scott | Pastor Melissa Scott |
| 276 | PA 1-952-917 | VF-956 Now that You've Surrendered | Dr. Gene Scott | Pastor Melissa Scott |
| 277 | PA 1-952-918 | VF-957 Joseph - Don't Give Up on Your Dreams | Dr. Gene Scott | Pastor Melissa Scott |
| 278 | PA 1-950-076 | VF-964 Don't Give Up on God Delivering You | Dr. Gene Scott | Pastor Melissa Scott |
| 279 | PA 1-950-077 | VF-966 The God You Serve Will Strengthen Your Heart (David at Mahanaim) | Dr. Gene Scott | Pastor Melissa Scott |
| 280 | PA 1-950-079 | VF-967 Damn the Circumstances, Faith Will Take Us Through | Dr. Gene Scott | Pastor Melissa Scott |
| 281 | PA 1-950-082 | VF-968 God Will Rescue You before You Make a Mistake under Pressure | Dr. Gene Scott | Pastor Melissa Scott |
| 282 | PA 1-950-083 | VF-969 David Shows Kindness to a Shameful Thing, for Jonathan's Sake; God for Christ's Sake has Forgiven Me. | Dr. Gene Scott | Pastor Melissa Scott |
| 283 | PA 1-950-086 | VF-975 Gloom, Despair, and Agony on Me? | Dr. Gene Scott | Pastor Melissa Scott |
| 284 | PA 1-950-091 | VF-996 Gideon: Try Not To Say, "Why Me?" | Dr. Gene Scott | Pastor Melissa Scott |
| 285 | PA 1-950-092 | VF-997 Joseph's Dreams: Dungeons & Diadem | Dr. Gene Scott | Pastor Melissa Scott |
| 286 | PA 1-960-156 | VFR-195 The Book of Revelation: Dark Days Are Coming; An Introduction | Dr. Gene Scott | Pastor Melissa Scott |
| 287 | PA 1-947-656 | VFR-203 The Book of Revelation: The Rapture Overview | Dr. Gene Scott | Pastor Melissa Scott |
| 288 | PA 1-960-158 | VFR-204 The Book of Revelation: Moving Around A Plain Called Megiddo; Armageddon | Dr. Gene Scott | Pastor Melissa Scott |
| 289 | PA 1-960-160 | VFR-205 The Book of Revelation: The Great Tribulation | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyrights Registered With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| | | | | |
|---|---|---|---|---|
| 290 | PA 2-042-600 | VFR-207 The Book of Revelation: A Time, Times & Half A Time | Dr. Gene Scott | Pastor Melissa Scott |
| 291 | PA 2-042-612 | VFR-215 The Book of Revelation: We've Made Void the Word of God | Dr. Gene Scott | Pastor Melissa Scott |
| 292 | PA 1-974-322 | VFR-227 The Book of Revelation: The White Throne Judgement, The Shadow of This Life and The Great Awakening | Dr. Gene Scott | Pastor Melissa Scott |
| 293 | PA 2-002-262 | VFR-442 The Book of Revelation: Demons & The Gap Theory | Dr. Gene Scott | Pastor Melissa Scott |
| 294 | PA 2-002-265 | VFR-509 The Book of Revelation and Daniel: The "Gap Theory" and the Territory of Antichrist | Dr. Gene Scott | Pastor Melissa Scott |
| 295 | PA 1-974-303 | VFR-514 The Book of Revelation: The Feast Days - Proof of God's set times. | Dr. Gene Scott | Pastor Melissa Scott |
| 296 | PA 1-984-211 | VFR-536 The Book of Revelation: Scriptural Demons from Jesus' Day to the Last Days | Dr. Gene Scott | Pastor Melissa Scott |
| 297 | PA 1-973-721 | VFR-565 REVELATION: Characteristics of the False Prophet and the 'AG Demon' | Dr. Gene Scott | Pastor Melissa Scott |
| 298 | PA 1-963-029 | VFR-785 Basic Christianity and a Bridge to the Book of Revelation | Dr. Gene Scott | Pastor Melissa Scott |

# EXHIBIT B

**Works With Copyright Registration Applications Pending With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| | Copyright Rgistration Status: | Title of Work | Copyright Author | Copyright Claimant |
|---|---|---|---|---|
| 1 | Application Pending 03/07/2018 | LFH-12 Jesus & His Church; Reaching Our Full Destiny In Him | Dr. Gene Scott | Pastor Melissa Scott |
| 2 | Application Pending 03/07/2018 | LFH-13 HEBREWS: He Wouldn't Do It For Angels | Dr. Gene Scott | Pastor Melissa Scott |
| 3 | Application Pending 03/07/2018 | LFH-15 Hebrews: David and Goliath | Dr. Gene Scott | Pastor Melissa Scott |
| 4 | Application Pending 03/07/2018 | LFH-16 The Tabernacle; God's Bible Covenant Plan | Dr. Gene Scott | Pastor Melissa Scott |
| 5 | Application Pending 03/07/2018 | LFH-18 (Incorrectly titled LFH-8) JESUS: The Son of Man; Eclesia - The House of God | Dr. Gene Scott | Pastor Melissa Scott |
| 6 | Application Pending 08/14/2018 | LFH-20 HEBREWS: No New Truths | Dr. Gene Scott | Pastor Melissa Scott |
| 7 | Application Pending 08/14/2018 | LFH-21 HEBREWS: Holding Fast | Dr. Gene Scott | Pastor Melissa Scott |
| 8 | Application Pending 08/14/2018 | LFH-22 HEBREWS: The Tongue (That Speaks Hope) | Dr. Gene Scott | Pastor Melissa Scott |
| 9 | Application Pending 08/14/2018 | LFH-23 God Is Not A Man That He Would Lie | Dr. Gene Scott | Pastor Melissa Scott |
| 10 | Application Pending 08/14/2018 | LFH-24 HEBREWS: The Old Testament Saints | Dr. Gene Scott | Pastor Melissa Scott |
| 11 | Application Pending 08/14/2018 | LFH-26 HEBREWS: Seven Churches of Revelation, Smyrna | Dr. Gene Scott | Pastor Melissa Scott |
| 12 | Application Pending 08/14/2018 | LFH-27 HEBREWS: Seven Churches of Revelation, Pergamos | Dr. Gene Scott | Pastor Melissa Scott |
| 13 | Application Pending 08/14/2018 | LFH-28 HEBREWS: Seven Churches of Revelation, Thyatira | Dr. Gene Scott | Pastor Melissa Scott |
| 14 | Application Pending 08/14/2018 | LFH-29 HEBREWS: Seven Churches of Revelation, Sardis | Dr. Gene Scott | Pastor Melissa Scott |
| 15 | Application Pending 08/14/2018 | LFH-30 HEBREWS: Seven Churches of Revelation, Philadelphia | Dr. Gene Scott | Pastor Melissa Scott |
| 16 | Application Pending 08/14/2018 | LFH-34 HEBREWS: Grace vs. Works | Dr. Gene Scott | Pastor Melissa Scott |
| 17 | Application Pending 08/22/2018 | LFH-39 HEBREWS: Spiritual Food | Dr. Gene Scott | Pastor Melissa Scott |
| 18 | Application Pending 08/22/2018 | LFH-53 Hebrews: The Tabernacle - How About The Oil In Your Cup? (Hebrews 8, 9) | Dr. Gene Scott | Pastor Melissa Scott |
| 19 | Application Pending 08/22/2018 | LFH-56 Hebrews: The Tabernacle - Let Us Make Man In Our Image (Hebrews 9) | Dr. Gene Scott | Pastor Melissa Scott |
| 20 | Application Pending 08/22/2018 | LFH-61 Hebrews: The Tabernacle (Hebrews 8 & 9; I Samuel 1-7) (C-107) COMMUNION - God Brought Joy, Peace, Gladness & Life | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyright Registration Applications Pending With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 21 | Application Pending 08/22/2018 | LFH-63 Hebrews: The Tabernacle - God Is A Covenant-Making God (Hebrews 8 & 9) | Dr. Gene Scott | Pastor Melissa Scott |
|----|----|----|----|----|
| 22 | Application Pending 08/22/2018 | LFH-68 Hebrews: The Tabernacle (Hebrews 8, 9) | Dr. Gene Scott | Pastor Melissa Scott |
| 23 | Application Pending 08/22/2018 | LFH-70 Hebrews: The Tabernacle (Hebrews 9) | Dr. Gene Scott | Pastor Melissa Scott |
| 24 | Application Pending 08/22/2018 | LFH-72 Hebrews: The Tabernacle - Associated With God's Glory (Hebrews 9 & I Samuel 4) | Dr. Gene Scott | Pastor Melissa Scott |
| 25 | Application Pending 01/23/2017 | LFH-76 Hebrews: The Tabernacle - Come Boldly Before The Throne of Grace (Hebrews 9) | Dr. Gene Scott | Pastor Melissa Scott |
| 26 | Application Pending 01/23/2017 | LFH-79 Hebrews: The Perfect Servant (Hebrews 10) | Dr. Gene Scott | Pastor Melissa Scott |
| 27 | Application Pending 08/22/2018 | LFH-120 Hebrews: Ezekiel (Hebrews 11) | Dr. Gene Scott | Pastor Melissa Scott |
| 28 | Application Pending 08/22/2018 | S-1087 Atlantis - Plato; Giving | Dr. Gene Scott | Pastor Melissa Scott |
| 29 | Application Pending 08/22/2018 | S-1350 Queen Maud Land & Other Things About Egypt Cartography | Dr. Gene Scott | Pastor Melissa Scott |
| 30 | Application Pending 08/22/2018 | S-1351 ANCIENT MYSTERIES: Stonehenge, The Dogons SERPENT MYTH & THE ANCIEN SEA KINGS; The Saturn Myth, Eden & Sirius | Dr. Gene Scott | Pastor Melissa Scott |
| 31 | Application Pending 08/22/2018 | S-1371 BLACK HOLES, Stonehenge; Atlantis, Stonehenge, Black Holes & Space/Time | Dr. Gene Scott | Pastor Melissa Scott |
| 32 | Application Pending 08/22/2018 | S-1399 Darwin, Wallace And Review of THE GENESIS MYSTERY; Q & A's - The Etruscans | Dr. Gene Scott | Pastor Melissa Scott |
| 33 | Application Pending 08/22/2018 | S-1400 More On Wallace and Darwin - Doc's View on Evolution, A DELICATE ARRANGEMENT, AC . Brackman; THE GENESIS MYSTERY | Dr. Gene Scott | Pastor Melissa Scott |
| 34 | Application Pending 08/30/2018 | S-1497 GOD'S MESSAGE IN THE STARS: The Sirius/Dogon Mystery, THE SIRIUS MYSTERY, Robert K.G. Temple; STARS: Cancer; Noah & The Flood | Dr. Gene Scott | Pastor Melissa Scott |
| 35 | Application Pending 08/22/2018 | S-1498 GOD'S MESSAGE IN THE STARS: The Sirius/Dogon Mystery, THE SIRIUS MYSTERY, Robert K.G. Temple | Dr. Gene Scott | Pastor Melissa Scott |
| 36 | Application Pending 08/22/2018 | S-1499 GOD'S MESSAGE IN THE STARS: The Sirius/Dogon Mystery, THE SIRIUS MYSTERY, Robert K.G. Temple | Dr. Gene Scott | Pastor Melissa Scott |
| 37 | Application Pending 08/22/2018 | S-1501 Ethiopian Enoch - THE BOOK OF ENOCH; The USA & Libya | Dr. Gene Scott | Pastor Melissa Scott |
| 38 | Application Pending 08/22/2018 | S-1503 GREAT PYRAMID: GOD'S MESSAGE IN THE STARS: The Sirius Mystery; The Pyramid | Dr. Gene Scott | Pastor Melissa Scott |
| 39 | Application Pending 08/22/2018 | S-1505 ANCIENT MYSTERIES - GREAT PYRAMID: Pyramid, An Overview - The Well Shaft, SEVEN WONDERS OF THE WORLD | Dr. Gene Scott | Pastor Melissa Scott |
| 40 | Application Pending 08/30/2018 | S-1586 God Wants Quality [He Doesn't Want Everybody via The Parables] | Dr. Gene Scott | Pastor Melissa Scott |
| 41 | Application Pending 08/30/2018 | S-1589 Dr. Scott reads from "The Nephtali" by Henriette Mertz | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyright Registration Applications Pending With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 42 | Application Pending 08/30/2018 | S-1968 The High Tree Will Be Brought Down and the Low Tree Will Be Exalted | Dr. Gene Scott | Pastor Melissa Scott |
|---|---|---|---|---|
| 43 | Application Pending 06/27/2018 | S-1704 | Dr. Gene Scott | Pastor Melissa Scott |
| 44 | Application Pending 07/26/2018 | S-1708 GENESIS: Isaac Vale's Canopy Theory; "The Waters Above", by Joseph Dillow; Mythology - Sun Worship & The Serpent | Dr. Gene Scott | Pastor Melissa Scott |
| 45 | Application Pending 07/26/2018 | (S-1733) PN-2 Dr. Scott reads from "The Search for Beulah Land" | Dr. Gene Scott | Pastor Melissa Scott |
| 46 | Application Pending 07/26/2018 | S-1806 The Sabbath & Set Times: Leviticus 23, Hebrews 4; Atlantis 14: Flight 19 | Dr. Gene Scott | Pastor Melissa Scott |
| 47 | Application Pending 07/26/2018 | S-1937 ANCIENT MYSTERIES: NOAH & HIS SONS; PRE & POST FLOOD DANGLERS: A Wide Angle View of Genesis1-10; ORIGIN OF THE RACES, Pilkey | Dr. Gene Scott | Pastor Melissa Scott |
| 48 | Application Pending 09/27/2018 | S-2295 ANCIENT MYSTERIES: Lost Tribes via THE ORIGIN OF THE NATIONS, John Pilkey [Noah - The Cauldron] | Dr. Gene Scott | Pastor Melissa Scott |
| 49 | Application Pending 09/27/2018 | S-2297 Tracing The Tribe of Dan, DAN, THE PIONEER OF ISRAEL, Gauller | Dr. Gene Scott | Pastor Melissa Scott |
| 50 | Application Pending 08/30/2018 | S-2298 Gestalting History & The Tribe of Dan, JUDAH'S SCEPTER AND JOSEPH'S BIRTHRIGHT,  by Allen | Dr. Gene Scott | Pastor Melissa Scott |
| 51 | Application Pending 08/30/2018 | S-2529A The Seventh Council - Icons (and A Church Council Summary) | Dr. Gene Scott | Pastor Melissa Scott |
| 52 | Application Pending 08/30/2018 | S-2529B The Seventh Council - Icons (and A Church Council Summary) | Dr. Gene Scott | Pastor Melissa Scott |
| 53 | Application Pending 08/30/2018 | S-2531 MYSTERIES & WONDERS: An Extraordinary Experience, COMMUNION, Whitley Streiber | Dr. Gene Scott | Pastor Melissa Scott |
| 54 | Application Pending 08/30/2018 | S-2739 ANCIENT MYSTERIES: GREAT PYRAMID: The Sumerian Calendar and Astronomy, from Alexander Sitchin's THE TWELFTH PLANET | Dr. Gene Scott | Pastor Melissa Scott |
| 55 | Application Pending 10/15/2018 | S-2740 ANCIENT MYSTERIES: GREAT PYRAMID: The Pyramid and The Ancient Astronomer's Twelfth Planet, from Sitchin's book | Dr. Gene Scott | Pastor Melissa Scott |
| 56 | Application Pending 09/27/2018 | S-2742 The Great Pyramid: The Missing Capstone and Other Symbology | Dr. Gene Scott | Pastor Melissa Scott |
| 57 | Application Pending 09/27/2018 | S-2743 The Great Pyramid: The Missing Capstone and Other Symbology cont. | Dr. Gene Scott | Pastor Melissa Scott |
| 58 | Application Pending 08/30/2018 | S-2745 ANCIENT MYSTERIES: GREAT PYRAMID: Stonehenge: History and God's Set Times (amazing details), STONEHENGE, A CLOSER LOOK, Bonnie Gaunt | Dr. Gene Scott | Pastor Melissa Scott |
| 59 | Application Pending 08/30/2018 | S-2746 ANCIENT MYSTERIES: GREAT PYRAMID: Stonehenge; A Look At The Premises, A Chronometer & The New Jerusalem, STONEHENGE, A CLOSER LOOK, Bonnie Gaunt | Dr. Gene Scott | Pastor Melissa Scott |
| 60 | Application Pending 08/30/2018 | S-2748 Plato's Story from THE HISTORY OF ATLANTIS, Lewis Spence | Dr. Gene Scott | Pastor Melissa Scott |
| 61 | Application Pending 08/30/2018 | S-2749 DISCOVERING FACTS BEHIND THE MYTH; THE STONES OF ATLANTIS, David Zink | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyright Registration Applications Pending With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 62 | Application Pending 09/27/2018 | S-2750 Bimini Expeditions and Sacred Geometry, THE STONES OF ATLANTIS, Zink | Dr. Gene Scott | Pastor Melissa Scott |
|----|----|----|----|----|
| 63 | Application Pending 08/30/2018 | S-2925 The Stone of Destiny & God's Message to The Islands | Dr. Gene Scott | Pastor Melissa Scott |
| 64 | Application Pending 08/30/2018 | S-2927 Identifying Israel: God's Message to a People Who Don't Know Who They Are | Dr. Gene Scott | Pastor Melissa Scott |
| 65 | Application Pending 09/27/2018 | S-2956 Evidence of Jesus's Birthdate In The Fall of 2 BC, STONEHENGE, A CLOSER LOOK, Bonnie Gaunt | Dr. Gene Scott | Pastor Melissa Scott |
| 66 | Application Pending 08/30/2018 | S-3428 MYSTERIES & WONDERS: A Modern Mystery, THE ROSWELL INCIDENT, Charles Berlitz | Dr. Gene Scott | Pastor Melissa Scott |
| 67 | Application Pending 08/30/2018 | S-3551 The Birthright & Beth-el; Roots of The Mid-East Conflict | Dr. Gene Scott | Pastor Melissa Scott |
| 68 | Application Pending 08/30/2018 | S-3558 The Birthright Promise via Beth-el | Dr. Gene Scott | Pastor Melissa Scott |
| 69 | Application Pending 08/30/2018 | S-3563 Tracing The Sons of Zarah | Dr. Gene Scott | Pastor Melissa Scott |
| 70 | Application Pending 09/27/2018 | S-3568 Faith; God's Calling & Covenant via Joseph | Dr. Gene Scott | Pastor Melissa Scott |
| 71 | Application Pending 09/27/2018 | S-3580 God's Promises to David; Where In The World? | Dr. Gene Scott | Pastor Melissa Scott |
| 72 | Application Pending 09/27/2018 | S-3589 Tracing God's Promises To His People via The Celts, THE OXFORD MARTYRS, D.M. Lode | Dr. Gene Scott | Pastor Melissa Scott |
| 73 | Application Pending 09/27/2018 | S-3621 PASTORAL SPEECH: Spiritual Warfare & The Consequences of Faithlessness | Dr. Gene Scott | Pastor Melissa Scott |
| 74 | Application Pending 09/27/2018 | S-3633 COMMENTARY: Crusades & This Watered-Down Society via The Media & Modern Christianity | Dr. Gene Scott | Pastor Melissa Scott |
| 75 | Application Pending 10/15/2018 | S-3656 The Lost Tribes Were Never Lost via Letters Between Spartans & The Jews | Dr. Gene Scott | Pastor Melissa Scott |
| 76 | Application Pending 09/27/2018 | S-3990 Slaves (Greek: Douloi) of Christ - Philippians 1. Five Words for 'Servant' in the Greek. Dr. Scott teaches from Kenneth Wuest | Dr. Gene Scott | Pastor Melissa Scott |
| 77 | Application Pending 09/27/2018 | S-4002 Paul sees the Fruit of Rightousness in Them & This will turn to 'My Salvation' - Phil 1:7, 11, 19; Job 13 | Dr. Gene Scott | Pastor Melissa Scott |
| 78 | Application Pending 09/27/2018 | S-4003 Paul sees the Fruit of Rightousness in Them & This will turn to 'My Salvation' - Phil 1:7, 11, 19; Job 13 | Dr. Gene Scott | Pastor Melissa Scott |
| 79 | Application Pending 09/27/2018 | S-4006 To Live Is Christ, To Die Is Gain, Philippians 1:12 | Dr. Gene Scott | Pastor Melissa Scott |
| 80 | Application Pending 10/15/2018 | S-4007 The Gang of Four… A Shot in the Cathedral: This Too Shall Turn to My Salvation, Phil. 1:19 | Dr. Gene Scott | Pastor Melissa Scott |
| 81 | Application Pending 09/27/2018 | S-4012 The Gang of Four… A Shot in the Cathedral: This Too Shall Turn to My Salvation, Phil. 1:19 | Dr. Gene Scott | Pastor Melissa Scott |
| 82 | Application Pending 10/15/2018 | S-4014 Joint Participation - At The Very Heart Of Jesus Christ | Dr. Gene Scott | Pastor Melissa Scott |
| 83 | Application Pending 10/15/2018 | S-4022 THE PHILIPPIAN BAND - Teamwork | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyright Registration Applications Pending With The U.S. Copyright Office
Known To Have Been Infringed By Anthony Todd**

| 84 | Application Pending 10/15/2018 | S-4024 Opposition 'Was' (Not Is) Given | Dr. Gene Scott | Pastor Melissa Scott |
|---|---|---|---|---|
| 85 | Application Pending 10/15/2018 | S-4031 Humility vs. Pride, Phil. 2 | Dr. Gene Scott | Pastor Melissa Scott |
| 86 | Application Pending 09/27/2018 | S-4068 (DN-046): The Promises Of A Great Nation, Land & Population, with Promises #1, 2 & 3 | Dr. Gene Scott | Pastor Melissa Scott |
| 87 | Application Pending 05/26/2018 | S-4884 Dr. Scott on Pastor Scott | Dr. Gene Scott | Pastor Melissa Scott |
| 88 | Application Pending 1/22/2015 | VF-1c Nothing Less than 100 Percent | Dr. Gene Scott | Pastor Melissa Scott |
| 89 | Application Pending 7/18/2018 | VFR-196 The Book of Revelation: Antichrist's Origins | Dr. Gene Scott | Pastor Melissa Scott |
| 90 | Application Pending 06/27/2018 | VFR-197 The Book of Revelation: The Beast of Revelation: An Overview of the Great Tribulation | Dr. Gene Scott | Pastor Melissa Scott |
| 91 | Application Pending 06/27/2018 | VFR-198 The Book of Revelation: Let No Man Deceive You | Dr. Gene Scott | Pastor Melissa Scott |
| 92 | Application Pending 06/27/2018 | VFR-199 The Book of Revelation: The Mystery Religions | Dr. Gene Scott | Pastor Melissa Scott |
| 93 | Application Pending 7/18/2018 | VFR-200 The Book of Revelation: The Mystery Religions | Dr. Gene Scott | Pastor Melissa Scott |
| 94 | Application Pending 7/18/2018 | VFR-201 The Book of Revelation: Seven Seals, Seven Vials, Seven Trumpets | Dr. Gene Scott | Pastor Melissa Scott |
| 95 | Application Pending 06/27/2018 | VFR-202 The Book of Revelation: The Saturn Myth; the Origins of the Cross | Dr. Gene Scott | Pastor Melissa Scott |
| 96 | Application Pending 06/27/2018 | VFR-206 The Book of Revelation: The Great Tribulation and that "Assyrian" [of Isa. 10:24] | Dr. Gene Scott | Pastor Melissa Scott |
| 97 | Application Pending 7/18/2018 | VFR-208 The Book of Revelation: "That Woman" of Revelation 12 | Dr. Gene Scott | Pastor Melissa Scott |
| 98 | Application Pending 06/27/2018 | VFR-210 The Book of Revelation: Antichrist's Reign & The Manchild | Dr. Gene Scott | Pastor Melissa Scott |
| 99 | Application Pending 06/27/2018 | VFR-212 The Book of Revelation: 7 Crowns & Minor Prophets; Demons of the Gospels | Dr. Gene Scott | Pastor Melissa Scott |
| 100 | Application Pending 7/18/2018 | VFR-213 The Book of Revelation: Major Symbologies | Dr. Gene Scott | Pastor Melissa Scott |
| 101 | Application Pending 7/18/2018 | VFR-214 The Book of Revelation: The Rise of Antichrist | Dr. Gene Scott | Pastor Melissa Scott |
| 102 | Application Pending 05/30/2018 | VFR-268 The Book of Revelation: The First Resurrection (of its kind) | Dr. Gene Scott | Pastor Melissa Scott |
| 103 | Application Pending 05/24/2018 | VFR-301 The Book of Revelation: The Tagmas and the Order of Resurrections | Dr. Gene Scott | Pastor Melissa Scott |
| 104 | Application Pending 06/27/2018 | VFR-506 The Book of Revelation and Daniel: Laying the Foundation | Dr. Gene Scott | Pastor Melissa Scott |
| 105 | Application Pending 06/27/2018 | VFR-507 The Book of Revelation and Daniel: Identifying the Antichrist | Dr. Gene Scott | Pastor Melissa Scott |
| 106 | Application Pending 06/27/2018 | VFR-508 The Book of Revelation and Daniel: Demonic Possession of the Antichrist | Dr. Gene Scott | Pastor Melissa Scott |

**Works With Copyright Registration Applications Pending With The U.S. Copyright Office Known To Have Been Infringed By Anthony Todd**

| 107 | Application Pending 06/27/2018 | VFR-510 The Book of Revelation and Daniel: The Kingdoms of the North & South - a detailed history | Dr. Gene Scott | Pastor Melissa Scott |
|---|---|---|---|---|
| 108 | Application Pending 06/27/2018 | VFR-511 REVELATION: Amazing Details in God's Control of History - A History Lesson, continued | Dr. Gene Scott | Pastor Melissa Scott |
| 109 | Application Pending 06/27/2018 | VFR-512 The Book of Revelation: The Starting Point of the 490 Years & All of the Seven Trumpets | Dr. Gene Scott | Pastor Melissa Scott |
| 110 | Application Pending 06/27/2018 | VFR-513 The Book of Revelation: The 70th Week of Daniel's 70 Weeks | Dr. Gene Scott | Pastor Melissa Scott |
| 111 | Application Pending 06/27/2018 | VFR-515 The Book of Revelation: Continued Gestalting of the Feast Days; The Last Trump, the Set Time for the Rapture - Look Up! | Dr. Gene Scott | Pastor Melissa Scott |
| 112 | Application Pending 05/24/2018 | VFR-563 REVELATION: Summation of the Great Whore's Beast; a 70 League Review | Dr. Gene Scott | Pastor Melissa Scott |
| 113 | Application Pending 7/18/2018 | VF-667 The Book of Revelation: The Last Days - Understanding World History via Prophecy (Revelation 3 Headed Eagle II Esdras) | Dr. Gene Scott | Pastor Melissa Scott |
| 114 | Application Pending 06/27/2018 | VF-777 The Books of Revelation & Daniel: Textual Background & History | Dr. Gene Scott | Pastor Melissa Scott |
| 115 | Application Pending 06/27/2018 | VF-783 Preparing to Leap the Gap and a Parenthesis in Prophetic Interpretation | Dr. Gene Scott | Pastor Melissa Scott |

EXHIBIT C

Sunday at
the Cathedral
with
Dr. Gene Scott

© 2002 w. euGene Scott
All rights reserved

# EXHIBIT D

INTERNET ARCHIVE
WayBackMachine

http://drgenescott.org:80/        Go

500 captures
20 Dec 1996 – 1 Oct 2017        About this capture



Welcome to"DOCNET." Where've you been? The World Wide Web has now taken a giant step forward. You have heard my broadcasts on shortwave radio, satellite (Galaxy 6, T19), and local TV. Now I have a new way to look at you.

- Dr. Gene Scott's Profile

- Stations Carrying Dr. Scott

- The Los Angeles University Cathedral

---

## Audio messages from Dr. Scott

You will need the RealAudio Player 3.0 to hear these messages. Real Audio You may download the Real Audio Player for FREE !

- Dr. Scott's 21st Anniversary message
  - Other recent Sunday Service messages by Dr. Scott
  - New! Take communion with Dr. Scott
- Hear a recent message from Dr. Scott's program

---

## Written messages from Dr. Scott

- New! Read several recent messages from Dr. Scott's magazines

- [Send a message to Dr.Scott](#)



Check us out often as we continue to grow! You can sign up with [The URL-minder](#) (not affiliated with Dr. Scott,) to notify you of any recent additions to our website!

*Last Update: 11/13/96*
*Copyright ©1996 by Dr. W. euGENE SCOTT - ALL RIGHTS RESERVED*



The Teaching of
DR. GENE SCOTT

The Teaching
Live!
Archives
In Print
The Broadcast
Program Guide

SECRET 12!

Dr. Gene Scott
The Cathedral
Talk to Dr. Scott
Dolores Press

Video & Sound
24 hrs. a day!
Click here

If you already know which player you use, click on it now to watch and listen to Dr. Scott's program.

Improved Quality!
Click here

Dr. Scott has upgraded the
Webcast for higher speed and
greater quality.

If your computer is older,
or you are having trouble,
click here.

Windows Media
Click here

VDO
Click here

VDO is being phased out.
Please click here
for more info.

If you don't have an internet player, you can download one now by clicking on one of the icons below.

Real Player

Download
Now

Windows Media

Download Now

VDO

Download No
Longer Available

More Info

If you're not sure how to download a player,
click here for instructions.

If you'd like to find out the system requirements for each player, click the links below.

Real Player 8 Basic
System Requirements

Windows Media
System Requirements

Remember to download, or upgrade to
the newest browsers on a regular basis
so you can fully enjoy
www.DrGeneScott.com



The Teachings of
# DR. GENE SCOTT

The Teaching
Live!
Archives
In Print
The Broadcast
Program Guide

**SECRET 12!**

Dr. Gene Scott
The Cathedral
Talk to Dr. Scott
Dolores Press

**RealPlayer 8 Basic System Requirements**

Microsoft **Windows**

**Minimum Computer:**
- 120MHz Intel Pentium processor or equivalent
- 16MB of RAM
- 28.8Kbps modem
- 16-bit sound card and speakers
- 65,000-color video display card (video)
- Windows 95/98/2000, 2000 ME (final rel.) or Windows NT 4.0 w/Serv. Pack 4
- Internet connection and IE 4.0.1 or Netscape 4.0 or later

**Recommended Computer:**
- 200MHz Intel Pentium processor or better
- 32MB or more of RAM
- 56.6Kbps or better modem
- Full-Duplex sound card and speakers
- 65,000-color or better video display card
- Windows 95/98/2000, 2000 ME (final rel.) or Windows NT 4.0 w/Serv. Pack 4
- Internet connection and IE 4.0.1 or Netscape 4.0 or later

Note: Content designed for higher speed connections may have greater system requirements.

**Macintosh**

**Minimum Computer:**
- Mac* OS 8.1 or later
- 32MB RAM
- 64MB virtual memory
- 604 PowerPC* (200 MHz or better)
- 28.8Kbps Internet connection
- Browser support:
  - Microsoft Internet Explorer 4.01 or later

Video & Sound
24 hrs. a day!
Click here

web.archive.org

http://www.drgenescott.com:80/home.htm

281 captures
26 Aug 2000 - 21 Dec 2016

JUL **AUG** NOV
**26**
1999 **2000** 2001



web.archive.org

http://www.drgenescott.com:80/home.htm

281 captures
26 Aug 2000 – 21 Dec 2016

JUL **AUG** NOV
▼ **26** ▲
1999 **2000** 2001

Video & Sound
24 hrs. a day!
Click here

The Teaching of
DR. GENE SCOTT

**The Teaching**
Live!
Archives
In Print
**The Broadcast**
Program Guide

*SECRET 12!*

**Dr. Gene Scott**
The Cathedral
Talk to Dr. Scott
Dolores Press

- Pentium 75 MHz Processor or better
- 16+ Mb RAM
- Windows for Workgroups 3.11
- Sound card and 28.8 baud modem

Macintosh

**Minimum Computer:**

- Macintosh PowerPC 601 or newer
- Mac OS 7.6.1 or newer
- Open Transport 1.1.2 or newer
- QuickTime 3.0.2 or newer
- 32 MB or more of RAM (10 MB Free)
- 15 MB of free hard drive space for install
- 256-color display card or better
- 28.8-Kbps or better modem card or Ethernet card.

**Recommended Computer:**

- Macintosh PowerPC 604 with Mac OS 8
- 16-bit color display
- and all other components listed above

NOTE: Microsoft strongly recommends upgrading to Mac OS 8 or later due to improvements in Open Transport. Microsoft also strongly recommends upgrading to Internet Explorer 5.

Last Update: 11/01/00; Copyright � 2000 by DR. W. euGENE SCOTT - ALL RIGHTS RESERVED

INTERNET ARCHIVE
WayBackMachine

http://www.drgenescott.com:80/home.htm     Go

281 captures
26 Aug 2000 – 21 Dec 2016

DEC  FEB  AUG
◀ 07 ▶
2000 2002 2003

▼ About this capture



Pastoring Teacher of the University Cathedral in Los Angeles, California. He teaches on subjects ranging from Basic Christianity, to Atlantis, to the Pyramids.

Watch the programming 24 hours a day.

Talk to Dr. Scott.

日本語はここをクリック

Dr. Gene Scott™ is a trademarked name.

Copyright © 2002 by w. euGene Scott, Ph.D. (Stanford University) - All rights reserved

http://www.drgenescott.com:80/home.htm    Go

FEB **APR** JUN
◀ **07** ▶
2002 **2003** 2004
281 captures
26 Aug 2000 – 21 Dec 2016
▼ About this capture



# Dr. Gene Scott.com

Dr. Gene Scott

The Teaching

The Broadcast

(Ph.D. Stanford University), is the Pastoring Teacher of the University Cathedral in Los Angeles, California. He teaches on subjects ranging from Basic Christianity, to Atlantis, to the Pyramids.

Watch the programming 24 hours a day.

Talk to Dr. Scott.

Dr. Gene Scott ⊞ is registered trademark name.
Copyright © 2003, w. euGene Scott, Ph.D. - All rights reserved

INTERNET ARCHIVE
**WayBackMachine**

http://www.drgenescott.com:80/home.htm    Go    OCT **JAN** FEB

281 captures    ◄ **10** ►
26 Aug 2000 – 21 Dec 2016    2003 **2005** 2006

▼ About this capture



University, is the Pastoring Teacher of the University Cathedral in Los Angeles, California. He teaches on subjects ranging from Basic Christianity, to Atlantis, to the Pyramids.

Watch the programming 24 hours a day.

Talk to Dr. Scott.

Dr. Gene Scott ⬚ is registered trademark name.
Copyright © 2005 by w. euGene Scott, Ph.D. - All rights reserved

# EXHIBIT E

### Certificate of Copy of
### Minutes of Board of Directors of Wescott Christian Center

I, Dean Hopkins, Secretary and Custodian of Records of Wescott Christian Center, do hereby certify the foregoing page is a true and correct copy of the Minutes of the Board of Directors of Wescott Christian Center of September 18, 2004, which are inscribed in the Minutes and Records of Wescott Christian Center.

I declare that the foregoing is true and correct of my own knowledge. Executed under penalty of perjury this 21st day of September, 2004, at Pasadena, California.

Dean Hopkins,
Secretary/Custodian of Records


STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES  )

On September 21, 2004, personally appeared before me <u>Dean Hopkins</u>, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed this instrument.

WITNESS my hand and official seal.

Brad Tubin, Notary Public

BRAD TUBIN
Commission # 1320835
Notary Public - California
Los Angeles County
My Comm. Expires Oct 25, 2005

## Minutes of Board of Directors of Wescott Christian Center

On September 18, 2004, at 3:30 p.m., at 2 Oak Knoll Terrace, Pasadena, California, Dr. Gene Scott, the Chairman of the Board, called the meeting to order. A Quorum was present. Melissa Pastore Scott, Bradley Dale Tubin, and Michael Fleck were present and Laury (Lois) Michaud was present by telephone.

After the Chairman called the meeting to order, he announced that this meeting was an addendum to the meeting of September 17, 2004, and that he wanted to set forth in the records his desires with regard to his recorded, written, published, unpublished, and/or broadcast teachings and messages which exist and represent invaluable copyright properties.

The Chairman stated that the board and persons in attendance know that his wife, Melissa Pastore Scott, has for many years been editing, enhancing, and compiling his recorded and written teachings and messages with his support, approval, gratitude, and blessings. Now, because of surgery and health concerns, the Chairman, who owns all rights in the copyrighted and copyrightable works, sets forth and declares to the Board and for the record of the Corporation that, should anything happen to him which makes him unable to act with regard to his property rights in his recordings and writings that his wife, Melissa Pastore Scott, shall, as she is now, continue to edit, alter, enhance, subtract from, add to, or in any way she desires use, sell, distribute and act with regard to the recorded body of his work. The Chairman stated that in the event of his death, his wife, Melissa Pastore Scott, would inherit all his rights in the recordings and writings of his teachings and messages.

The Chairman then stated that because Dolores Press, Inc., has been enjoying the right, with obligations, to sell, distribute, and market the Chairman's recordings and writings, that a copy of these Minutes should be notarized and made a part of the Minutes and Records of Dolores Press, Inc. All unanimously agreed that this would be done and all gave their encouragement and support to the Chairman's plan of succession and adjustment to such event.

There being no further business, it was moved, seconded, and resolved in all respects and inscribed in the Minutes of the Corporation this 18th day of September, 2004.

Dr. Gene Scott
Chairman of the Board

Brad Tubin
Secretary Pro Tem

EXHIBIT F

# WILL

# OF

# W. EUGENE SCOTT

02/01/2005



# TABLE OF CONTENTS

Page

1.  DECLARATIONS CONCERNING FAMILY ................................................. 1
    1.1  Marital Status ................................................................................. 1
    1.2  Issue ............................................................................................... 1

2.  DECLARATION OF PROPERTY TO BE DISPOSED OF BY WILL .............. 1

3.  GIFT OF PERSONAL PROPERTY ........................................................... 1

4.  RESIDUE .............................................................................................. 1
    4.1  Distribution of My Estate .............................................................. 1

5.  NOMINATION AND POWERS OF EXECUTOR ........................................ 2
    5.1  Nomination .................................................................................... 2
    5.2  No Bond Required .......................................................................... 2
    5.3  Power to Invest .............................................................................. 2
    5.4  Power to Sell or Lease ................................................................... 2
    5.5  Power to Make Tax Elections ......................................................... 2
    5.6  Power to Allocate Generation-Skipping Tax Exclusion .................... 2
    5.7  Power to Continue Operation of Business ....................................... 2
    5.8  Power to Allot and Distribute ........................................................ 3
    5.9  Exoneration of Executor ................................................................ 3

6.  DIRECTION FOR PAYMENT OF TAXES ................................................. 3

7.  MISCELLANEOUS PROVISIONS ............................................................. 3
    7.1  Gender and Number ....................................................................... 3
    7.2  No Contest ..................................................................................... 3
    7.3  Contracts Regarding Wills ............................................................. 4
    7.4  Internal Revenue Code .................................................................. 4

## WILL
## OF
## W. EUGENE SCOTT

I, W. EUGENE SCOTT, a resident of the County of Los Angeles, State of California, declare this to be my last Will, and I hereby revoke all wills and codicils to wills that I have previously made.

1. **DECLARATIONS CONCERNING FAMILY**

    1.1     Marital Status.  I am married to MELISSA PASTORE SCOTT and all references in this Will to "my wife" are to her.

    1.2     Issue.  I have no children or issue at the date hereof, living or deceased.

2. **DECLARATION OF PROPERTY TO BE DISPOSED OF BY WILL**

    I intend by this Will to dispose of all property that I am entitled to dispose of by Will.  I confirm to my wife her interest in any community property of our marriage.

3. **GIFT OF TANGIBLE PERSONAL PROPERTY**

    REDACTED

4. **RESIDUE**

    4.1     Distribution of My Estate.  I give the residue of my estate, including all failed and lapsed gifts, and specifically including but not limited all copyrights related to my teaching, whether in print form, in audio form, in video form, on DVD, or on any other form of publication (whether available now or in the future), to my wife if she survives me, outright and free of trust.

5.   **NOMINATION AND POWERS OF EXECUTOR**

REDACTED

REDACTED

6. **DIRECTION FOR PAYMENT OF TAXES**

REDACTED

7. **MISCELLANEOUS PROVISIONS**

7.1     <u>Gender and Number</u>.  The masculine, feminine, or neuter gender, and the singular or plural number shall each be deemed to include the others whenever the context so indicates.

7.2     <u>No Contest</u>.  If any beneficiary under this Will in any manner, directly or indirectly, contests or attacks this Will or any Codicil to this Will, or any of their provisions, or any Designation of Beneficiaries of benefits under any pension or profit-sharing plan, IRA account, Keogh account or insurance policy or any of its provisions, the Trust or any trust which I have created or may create or any of its provisions, any share or interest in my estate given to

that contesting beneficiary under this Will is revoked and shall be disposed of in the same manner provided herein as if that contesting beneficiary had predeceased me.

7.3     Contracts Regarding Wills.  I have not entered into either a contract to make wills or a contract not to revoke wills.

7.4     Internal Revenue Code.  The terms "Internal Revenue Code" and "Code" shall mean the Internal Revenue Code of 1986, as amended, or any successor statute, and the Regulations promulgated with respect thereto.

I subscribe my name to this Will this ⟨15⟩ day of February, 2005, at Los Angeles, California.

W. EUGENE SCOTT

## ATTESTATION AND DECLARATION

The testator, W. EUGENE SCOTT, on the date written above, declared to us, the undersigned, that the foregoing instrument, consisting of five (5) pages, including the page signed by us as witnesses, is his last Will and requested us to act as witnesses to it.  Then the testator signed this Will in our presence, all of us being present at the same time.  We now, at his request, in his presence, and in the presence of one another, subscribe our names as witnesses.

Each of us states that the testator and each of us are over eighteen (18) years of age, that the testator appears to be of sound mind, and that we have no knowledge of any facts indicating that the foregoing instrument or any part of it was procured by duress, menace, fraud, or undue influence.

We, each for himself or herself, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Attestation and this Declaration are executed on the 1ST day of February, 2005, at Los Angeles, California.


_Bradly Dal Gaher_
BRADLEY DALE Tubin
**Witness name printed**

residing at    4450 CALIFORNIA PL # 332
LONG BEACH, CA 90807


_Charles S. Garcia (signature)_
CHARLES S. GARCIA
**Witness name printed**

residing at    124 W. FOOTHILL BLVD #303
MONROVIA, CALIF 91016

EXHIBIT G

Kevin J. Leichter, Esq.  (SBN 154143)
Andrew E. Hewitt, Esq. (SBN 314504)
THE LEICHTER FIRM, APC
10203 Santa Monica Boulevard
Fourth Floor
Los Angeles, California 90067
Tel: 310.229.0000
Email: kleichter@theleichterfirm.com
Email: ahewitt@theleichterfirm.com

Mark S. Lee, Esq. (SBN 094103)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
Email:  mlee@manatt.com

Attorneys for Defendants and
Counterclaim and Third-Party Claim Plaintiffs
DOLORES PRESS, INC. and MELISSA SCOTT

NOTE: CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOC'S DREAM, LLC;<br><br>       Plaintiff and<br>Counterclaim-Defendant<br><br>           vs.<br><br>DOLORES PRESS, INC., MELISSA<br>SCOTT;<br><br>       Defendants and<br>Counterclaim-Plaintiffs | **CASE NO. 2:15-cv-02857-R(PLA)**<br><br>**(Hon. Manuel Real, Ctrm. 880)**<br><br>**JUDGMENT** |
| DOLORES PRESS, INC., MELISSA<br>SCOTT;<br><br>       Third Party Plaintiffs,<br><br>           vs.<br><br>PATRICK ROBINSON, TRUTH<br>SEEKERS, INC., BOBBI JONES,<br>DOES 1-10;<br><br>       Third Party Defendants. | |

The Court having entered, on January 31, 2018 its Order Granting Summary Judgment (Doc. No. 132), in favor of Defendants Dolores Press, Inc. ("Dolores Press") and Pastor Melissa Scott ("Pastor Scott") (collectively referred to herein as the "Defendants") Motion for Summary Judgment (Doc. No. 76) and against Plaintiff Doc's Dream, LLC's ("Plaintiff"), and GOOD CAUSE appearing,

It is hereby ORDERED, ADJUDGED, AND DECREED that:

1.     Plaintiff's First Amended Complaint (the "FAC") and its sole claim for relief therein, for a declaration regarding copyright ownership of certain works of authorship as specified in Exhibit A to Plaintiff's FAC and to this Judgment (the "Works") under the Declaratory Judgment Act (the "Act") are adjudicated on the merits in favor of Defendants and against Plaintiffs.

2.     Defendants' Counterclaims and Third Party Claims were previously dismissed and such dismissal is confirmed and made a part of this Judgment.

3.     Defendants shall file a separate motion for attorneys' fees no longer than five pages long, excluding exhibits.


Dated: March 28, 2018

By: _____
          The Honorable Manuel L. Real
          United States District Judge

JS-6

1

2

3

4

5

6

7

8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| DOC'S DREAM, LLC, | CASE NO. CV 15-2857-R |
| Plaintiff, | ORDER GRANTING DEFENDANTS DOLORES PRESS, INC. AND MELISSA SCOTT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF DOC'S DREAM, LLC'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DOLORES PRESS, INC. and MELISSA SCOTT, | |
| Defendants. | |

20       Before the Court are cross–motions for summary judgment. Defendants Dolores Press,

21 Inc. and Melissa Scott's Motion for Summary Judgment was filed on January 8, 2018. (Dkt. No.

22 76). Plaintiff Doc's Dream, LLC's Motion for Summary Judgment was filed on January 14, 2018.

23 (Dkt. No. 82). Having been briefed by both parties, this Court took Defendants' motion under

24 submission on January 31, 2018 and Plaintiff's motion under submission on February 14, 2018.

25       Summary judgment is appropriate where there is no genuine issue of material fact and the

26 moving party is entitled to judgment as a matter of law. *Celotex Corp. v. Catrett*, 477 U.S. 317,

27 330 (1986). To meet its burden, "the moving party must either produce evidence negating an

28 essential element of the nonmoving party's claim or defense or show that the nonmoving party

does not have enough evidence of an essential element to carry its ultimate burden of persuasion at trial." *Nissan Fire & Marine Ins. v. Fritz Cos*., 210 F.3d 1099, 1102 (9th Cir. 2000). Once the moving party meets its initial burden of showing there is no genuine issue of material fact, the opposing party has the burden of producing competent evidence and cannot rely on mere allegations or denials in the pleadings. *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp*., 475 U.S. 574, 586 (1986). Where the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party, there is no genuine issue for trial. *Id*. The nonmoving party cannot create a genuine issue of material fact by contradicting prior sworn testimony merely for the purpose of avoiding summary judgment. *Hambleton Bros. Lumber Co. v. Balkin Enters., Inc.*, 397 F.3d 1217, 1225 (9th Cir. 2005).

Plaintiff seeks a judgment declaring that Defendants do not own any interest in certain works of Dr. Gene Scott, a minister and producer of various video and audio recordings of his ministry, and that the works are in the public domain. The thrust of Plaintiff's claim is that Dr. Scott abandoned his copyright interest in works he freely distributed on his website (the "Works"), so he could not have transferred his copyright interest in the Works to Defendants upon his death.

The Court turns to Defendants' Motion for Summary Judgment first. As a preliminary matter, the Court disapproves of Plaintiff's reliance on documents lodged and assertions made in support of its own motion in its papers opposing Defendants' motion. These motions are discrete, and the Court admonishes Plaintiff for blurring the procedural lines between the motions by "incorporat[ing] . . . by reference *in extenso*" its arguments in support of its own motion in its opposition papers. The Court declines to consider evidence and arguments Plaintiff proffers exclusively in support of its motion in considering Defendants' motion, as the Court need not rely on the evidence and arguments to resolve Defendants' motion without unfairly prejudicing Plaintiff. Fed. R. Civ. P. 56(c)(3) ("The court need consider only the cited materials . . . ."); C.D. Cal. L.R. 7-9 (requiring opposing papers to include "a brief but *complete* memorandum which shall contain a statement of *all* the reasons in opposition thereto" (emphasis added)); *see* Dkt. No. 84, at 1 ("[O]nly those arguments and authority required to negate Defendants' proffered arguments and assertions will be duplicated here . . . ."). On another preliminary issue, the Court

2

declines to consider Defendants' evidentiary objections to Plaintiff's evidence. Even if the Court were to consider and overrule every one of Defendants' 261 objections, the motion still would be resolved in Defendants' favor because Plaintiff's evidence does not raise a triable issue of fact. Therefore, neither Plaintiff nor Defendants are unfairly prejudiced by the Court's consideration of facts discernible from Plaintiff's evidence, even though much of the evidence is inadmissible. *See, e.g.*, 28 U.S.C. § 1746 (requiring unsworn declarations to be declared under penalty of perjury).

The following facts are undisputed. Dr. Scott was a pastor for 35 years. Dr. Scott was the author and copyright owner of a number of audiovisual recordings of his religious teachings. In 1979, Dr. Scott conveyed his worldly possessions to his church with the exception of his copyright interests. Dr. Scott took steps to protect his copyright interests, such as instructing his followers not to record his sermons and placing copyright notices on all of his works.

Beginning in the late 1990s, Dr. Scott distributed the Works for free on his websites. Dr. Scott expressed that publishing the Works on his websites was aimed to disseminate his works broadly, and that he expected his works would "stay there until Jesus comes." Dr. Scott encouraged the download, reproduction, and redistribution of his Works, but he requested that his followers attribute the Works to Dr. Scott and not use the Works for commercial gain. The webpages on Dr. Scott's websites all contained notices expressing reservations of rights, and the Works themselves displayed similar notices identifying Dr. Scott as the copyright owner.

In 1995, Dr. Scott entered a licensing agreement with Defendant Dolores Press, Inc., a corporation owned by his church, which distributed and continues to distribute the Works. Upon his death in 2005, Dr. Scott conveyed his copyright interests, including those he held in the Works, to Defendant Melissa Scott. Melissa Scott has continued to protect and assert the copyright interests since Dr. Scott's death. Shortly after Dr. Scott's death, access to the Works was removed from his websites.

"Abandonment . . . must be manifested by some overt act indicative of a purpose to surrender the rights and allow the public to copy." *Hampton v. Paramount Pictures Corp.*, 279 F.2d 100, 104 (9th Cir. 1960); *accord Nat'l Comics Publ'ns, Inc. v. Fawcett Publ'ns, Inc.*, 191

F.2d 594, 598 (2d Cir. 1951) ("[H]e must 'abandon' [the copyright] by some overt act which manifests his purpose to surrender his rights in the 'work,' and to allow the public to copy it."). Examples of overt acts of abandonment include a copyright owner's public statement renouncing his interest and the general circulation of copies of a work without copyright notices at the copyright owner's direction. *See Taylor Holland LLC v. MVMT Watches, Inc.*, No. 2:15-cv-03578-SVW-JC, 2016 WL 6892097, at *9 (C.D. Cal. Aug. 11, 2016). "[W]aiver or abandonment of copyright occurs only if there is an intent by the copyright proprietor to surrender rights in his work." *A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 1004, 1026 (9th Cir. 2001).

Plaintiff misunderstands the copyright abandonment doctrine and the substance of its own claim. In its opposition brief, Plaintiff states that "Plaintiff has never argued that Defendants lost *all rights* to the Works, only the rights pursuant to the Works being freely distributed and reproduced in the Internet." But Plaintiff asks for this Court to declare that Dr. Scott's Works are in the public domain. Thus, the crux of Plaintiff's claim for declaratory judgment is that Dr. Scott abandoned the *entirety* of his copyright interest in the Works. *See Public Domain*, Black's Law Dictionary (10th ed. 2014) ("The universe of inventions and creative works that are not protected by intellectual-property rights and are therefore available for anyone to use without charge."). Plaintiff misconstrues the Ninth Circuit's decision in *Micro Star v. FormGen Inc.*, 154 F.3d 1107 (9th Cir. 1998). There, the Ninth Circuit held that the copyright holder may have waived its exclusive right to certain aspects of its protected expression, but it had not abandoned its copyright interest entirely because it had not waived all rights protected by the interest. *See id.* at 1114. Here, it may be true that Dr. Scott waived some aspect of the rights afforded by his copyright interest by making the Works available online. Even if that were the case, it is not the case that Plaintiff makes in its First Amended Complaint.

Instead, Plaintiff claims Dr. Scott abandoned his copyright interest in the Works. It is Plaintiff's burden to prove Dr. Scott's intent to abandon his copyright interest in the Works, and Plaintiff has failed to do so. Plaintiff misconstrues the abandonment doctrine by suggesting that "what's controlling as to abandonment are the overt acts committed by the owner." Allowing the public to make copies of the works alone is insufficient; instead, the dispositive issue is whether

4

that act manifests the copyright holder's intent to abandon the copyright. *See Hampton*, 279 F.2d at 104. That is, permitting copying of a work may be an overt act showing abandonment if it is coupled with an expression of intent to abandon copyright interest, or if the copying is permitted without restriction or reservation of rights. *See Taylor Holland*, 2016 WL 6892097, at *9. But a copyright holder does not abandon his copyright by allowing free dissemination without also manifesting intent to relinquish the copyright interest. *See Nat'l Comics Publ'ns*, 191 F.2d at 598 (casting the abandonment rule in the conjunctive, requiring an "overt act which manifests his purpose to surrender his rights in the 'work,' *and* to allow the public to copy it" (emphasis added)). Here, Plaintiff offers no evidence that Dr. Scott intended to abandon his copyright interest in the Works aside from the very act of making the Works available online and stating they would remain available "until Jesus comes." Nothing in the record shows that Dr. Scott's online distribution of the Works was done with the intent to abandon his intellectual property interests in the Works. All evidence before the Court, including Dr. Scott's 1979 declaration that he would relinquish all his earthly possessions but his copyright interests and his final will and testament giving his copyright interests to Melissa Scott, indicates that Dr. Scott intended to retain his intellectual property interests in the Works at all times, even if the Works were free to view online for the last nine years of his life.

Plaintiff's assertion that Dr. Scott's online distribution of the Works "evidenced his intent to abandon his rights" is further undercut by the declarations it submitted in opposition to Defendants' motion. Plaintiff's declarants note that although Dr. Scott made his Works freely available through his websites, he restricted use of the Works by requiring attribution. This attribution requirement is incompatible with copyright abandonment. The free distribution of the Works is more consistent with a license for use of the copyrighted Works or some other relinquishment or grant of some but not all of Dr. Scott's exclusive rights. *See Micro Star*, 154 F.3d at 1114 ("[A]bandoning some rights is not the same as abandoning all rights . . . ."); *cf. Worldwide Church of God v. Phila. Church of God*, 227 F.3d 1110, 1114-15 (9th Cir. 2000) (weighing whether encouraging dissemination of a religious text created a copyright license). That is, had Dr. Scott intended to abandon his copyright interest in the Works, he would not have

5

placed an attribution restriction on his Works.

Nor would he have affixed copyright notices to all the Works, which Plaintiff admits he did at all times.  Contrary to Plaintiff's position that the copyright notices "are not relevant," the notices Dr. Scott placed on his followers' use of the Works are probative to determining whether Dr. Scott intended to abandon his copyright interest in the Works by making them available online.  Thus, even if Dr. Scott overtly acted by uploading and allowing the public to copy the Works, such an act would not "manifest[] his purpose to surrender his rights in the 'work'" because he expressly reserved his intellectual property rights.  *Nat'l Comics Publ'ns*, 191 F.2d at 598.

The doomsday scenario Plaintiff prophesies—that a ruling unfavorable to Plaintiff "would turn the Internet as we know it on its head"—is unfounded.  The constitutionally outlined function of copyright is "to promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries."  U.S. Const. art. I, § 8, cl. 8.  Internet distribution models built on disseminating content cost-free to the consumer rely on content creators' retention of intellectual property rights.  To hold that making content available for free on the Internet is itself an overt act evincing an intent to abandon copyright interests would be anathema to online dissemination of copyrighted works.  For example, video content creators relying on video-hosting or social media platforms to publicize their works would be stymied from producing content if they lost their intellectual property interests upon uploading their content and asking their viewers to share the content.  The Internet hardly "will cease to function," as Plaintiff puts it, if copyright owners retain their intellectual property rights after making content publically available and encouraging viewers to share their works.

In sum, viewing the facts in the light most favorable to Plaintiff, no reasonable jury could find that Dr. Scott abandoned his copyright interests in the Works by making them publically available on his website and encouraging his followers to disseminate the works while requiring attribution and reserving rights.  Because these are the only overt acts by which Dr. Scott allegedly abandoned his copyright interests, and because this abandonment theory is the only one Plaintiff

advances to support its allegation that the Works are in the public domain, Plaintiff's claim for a judgment declaring that the Works are in the public domain and that Defendants own no copyright interest in the Works must fail.

**IT IS HEREBY ORDERED** that Defendants Dolores Press, Inc. and Melissa Scott's Motion for Summary Judgment is GRANTED. (Dkt. No. 76). Defendants are ordered to lodge a proposed judgment consistent with this order no later than March 19, 2018. Given the Court's decision on Defendants' motion, Plaintiff Doc's Dream, LLC's Motion for Summary Judgment is DENIED as moot. (Dkt. No. 82).

Dated: March 1, 2018.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE